IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **TERRENCE GYLES FOLEY**, | ) | **CASE NO. 06 B 13718** |
| | ) | |
| Debtor. | ) | Hon. Bruce W. Black |

### TRUSTEE'S FINAL REPORT

Ronald R. Peterson, not individually but as Trustee for Terrence Gyles Foley (the "Debtor"), respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. § 704(9), and states:

1. The Petition commencing this case was filed on October 25, 2006. Ronald R. Peterson was appointed Trustee on October 25, 2006. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2. The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtor's discharge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3. The disposition of the estate property is set forth in Exhibit B. The scheduled value of property abandoned is $0. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the Trustee's Final Report as of September 30, 2008 is as follows:

| | | | |
|---|---|---|---|
| (a) | RECEIPTS (see Exhibit C): | | $113,249.60 |
| (b) | DISBURSEMENTS (see Exhibit C): | | $102,895.95 |
| (c) | NET CASH available for distribution: | | $10,353.65 |
| (d) | TRUSTEE/PROFESSIONAL COSTS: | | |
| | i) | Trustee's compensation requested (See Exhibit E) | |
| | | Fee | $8,162.48 |
| | | Expenses | $71.15 |
| | ii) | Compensation requested by attorney for the Trustee (See Exhibit F) | |
| | | Fee | $0.00 |
| | | Expenses | $0.00 |
| | iii) | Compensation requested by Accountant for the Trustee (See Exhibit G) | |
| | | Fee | $0.00 |
| | | Expenses | $0.00 |

5. The Bar Date for filing unsecured claims expired on April 2, 2007

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (See Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---|
| (a) | Allowed unpaid secured claims | $0.00 |
| (b) | Chapter 7 administrative and 28 U.S.C. § 1930 claims | $8,233.63 |
| (c) | Allowed Chapter 11 administrative claims | $0.00 |
| (d) | Allowed priority claims | $0.00 |
| (e) | Allowed unsecured claims | $88,184.30 |

7. Trustee proposed that unsecured creditors receive a distribution of 2.404079% of allowed claims.

8. Total compensation previously awarded to Trustee's counsel, accountants or other professionals was $0.00. Trustee's attorneys, accountants, or other professionals' compensation

requested but not yet allowed is $0.00. The total of Chapter 7 professional fees and expenses requested for final allowance is $0.00 (See Exhibit G).

9. A fee of $0.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. § 329.

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§ 330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

Respectfully submitted,

*/s/ Ronald R. Peterson*
RONALD R. PETERSON, not individually but as Trustee for Terrence Gyles Foley

Ronald R. Peterson (02188473)
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, IL 60611
PH:   (312) 923-2981
FAX:  (312) 840-7381

Dated: October 20, 2008

## TASKS PERFORMED BY TRUSTEE

(Describe tasks performed and results achieved. Major tasks are summarized in paragraph form below.)

- A. Conducted Meeting of Creditors Pursuant to 11 U.S.C. § 341; Discovery regarding recovery of assets.

- B. Sold tangible assets and answered creditor inquiries.

- C. Settled claims against insiders.

- D. Reviewed and analyzed all of the claims filed.

- E. Prepared report on checking claims and Trustee's Report and Final Account.

**EXHIBIT A - PAGE 1**

## DISPOSITION OF ESTATE PROPERTY

### (SEE ATTACHED FORM 1)

**EXHIBIT B - PAGE 1**

Page: 1

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No:  06-13718    BWB    Judge: BRUCE W. BLACK  
Case Name: FOLEY, TERRENCE GYLES  

Trustee Name: RONALD R. PETERSON  
Date Filed (f) or Converted (c): 10/25/06 (f)  
341(a) Meeting Date: 11/21/06  

For Period Ending: 10/20/08  
Claims Bar Date: 04/02/07  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Condo at 555 Hill Dr. # 207, Hoffman Estates, IL | 135,000.00 | Unknown | | 112,000.00 | Unknown |
| 2. Cash | 132.00 | Unknown | | 0.00 | Unknown |
| 3. iRA account with Schwab | 164.00 | Unknown | | 0.00 | Unknown |
| 4. Checking account with Schwab, Cafcu | 496.00 | Unknown | | 0.00 | Unknown |
| 5. Account with Phidelphia Park Race Track | 529.00 | Unknown | | 0.00 | Unknown |
| 6. PPD Toll account | 22.65 | Unknown | | 0.00 | Unknown |
| 7. Transponder deposit | 20.00 | Unknown | | 0.00 | Unknown |
| 8. Personal Property (item 4) | 150.00 | Unknown | | 0.00 | Unknown |
| 9. Personal proiperty (item 5) | 36.13 | Unknown | | 0.00 | Unknown |
| 10. Costume jewelry | 0.00 | Unknown | | 0.00 | Unknown |
| 11. Personal property (item 8) | 1,855.26 | Unknown | | 0.00 | Unknown |
| 12. Chas Schwab IRA account | 164.45 | Unknown | | 0.00 | Unknown |
| 13. pErsonal property (item 13) | 3.05 | Unknown | | 0.00 | Unknown |
| 14. Personal property (item 23) | 0.00 | Unknown | | 0.00 | Unknown |
| 15. 1994 Nissan pick up | 0.00 | Unknown | | 0.00 | Unknown |
| 16. Personal property (item 4) | 0.00 | Unknown | | 0.00 | Unknown |
| 17. Personal property (item 29) | 50.00 | Unknown | | 0.00 | Unknown |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 36.21 | Unknown |

TOTALS (Excluding Unknown Values)  $138,622.54   $0.00   $112,036.21   Gross Value of Remaining Assets  $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Sale of real estate closed 7/17/2007.  Estimated date of Trustee's Final Report and Account 6/30/08.

LFORM1                                                                 Ver: 14.10a

Page: 2

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: 06-13718 BWB Judge: BRUCE W. BLACK
Case Name: FOLEY, TERRENCE GYLES

Trustee Name: RONALD R. PETERSON
Date Filed (f) or Converted (c): 10/25/06 (f)
341(a) Meeting Date: 11/21/06
Claims Bar Date: 04/02/07

Initial Projected Date of Final Report (TFR): 06/30/08    Current Projected Date of Final Report (TFR): 09/30/08

LFORM1    Ver: 14.10a

## RECEIPTS AND DISBURSEMENTS

**(SEE ATTACHED FORM 2)**
Include Notice Fixing Time for Filing Claims With Service List

**EXHIBIT C - PAGE 1**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Case No: 06-13718 -BWB
Case Name: FOLEY, TERRENCE GYLES
Taxpayer ID No: *******9928
For Period Ending: 10/20/08

Trustee Name: RONALD R. PETERSON
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: ******6777 Money Market Account (Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 09/20/07 | 1 | First American Title | Memo Amount: 112,000.00 Sales Proceeds from Sale of Condo | 1110-000 | 24,104.05 | | 24,104.05 |
| | | LASALLE NATIONAL BANK | Memo Amount: ( 54,696.59 ) Mortgage Payoff | 4110-000 | | | |
| | | STEEPLE HILL CONDO ASSN | Memo Amount: ( 5,736.15 ) Condo Assessments | 4120-000 | | | |
| | | PALISALES COLLECTION LLC | Memo Amount: ( 17,287.78 ) Judgment Lien | 4120-000 | | | |
| | | CENTURY 21 MARINO | Memo Amount: ( 650.00 ) Repair Costs | 2500-000 | | | |
| | | VILLIAGE OF HOFFMAN ESTATES | Memo Amount: ( 336.00 ) Real Estate Stamp Taxes | 2820-000 | | | |
| | | MARINO CENTURY 21 | Memo Amount: ( 6,720.00 ) Broker's Commission | 3510-000 | | | |
| | | STATE OF ILINOIS | Memo Amount: ( 112.00 ) State of Illinois Stamp Tax | 2820-000 | | | |
| | | COUNTY OF COOK | Memo Amount: ( 56.00 ) Cook County Stamp tax | 2820-000 | | | |
| | | FIRST AMERICAN TITLE | Memo Amount: ( 890.00 ) Title Insurance Charges | 2500-000 | | | |
| | | COUNTY OF COOK | Memo Amount: ( 1,411.43 ) Real Estate Taxes | 2820-000 | | | |
| 09/20/07 | | Bizon Properties LLC 1014 North Evergereen Arlington Heights, Illinois 60004 | | | | -1,213.39 | 25,317.44 |
| | | LASALLE | Memo Amount: 414.65 Mortgage Payoff | 4110-000 | | | |
| | | STEEPLE HILL CONDO ASSN | Memo Amount: 682.63 Assessment Payoff | 4120-000 | | | |

Page Subtotals  24,104.05  -1,213.39

LFORM24  Ver: 14.10a

FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Case No: 06-13718 -BWB
Case Name: FOLEY, TERRENCE GYLES
Taxpayer ID No: *******9928
For Period Ending: 10/20/08

Trustee Name: RONALD R. PETERSON
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******6777 Money Market Account (Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | PALISALES COLLECTION LLC | Memo Amount: 116.11 | 4120-000 | | | |
| | | | Judgement Lien Payoff | | | | |
| 09/26/07 | | Transfer to Acct #*******6780 | Bank Funds Transfer | 9999-000 | | 15,000.00 | 10,317.44 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 1.57 | | 10,319.01 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 6.58 | | 10,325.59 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 5.52 | | 10,331.11 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 4.94 | | 10,336.05 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 4.10 | | 10,340.15 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 2.46 | | 10,342.61 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 2.44 | | 10,345.05 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 2.12 | | 10,347.17 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.31 | | 10,348.48 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.27 | | 10,349.75 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.31 | | 10,351.06 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.31 | | 10,352.37 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.28 | | 10,353.65 |

Memo Allocation Receipts: 113,213.39
Memo Allocation Disbursements: 87,895.95
Memo Allocation Net: 25,317.44

COLUMN TOTALS 24,140.26 13,786.61
Less: Bank Transfers/CD's 0.00 15,000.00
Subtotal 24,140.26 -1,213.39
Less: Payments to Debtors 0.00
Net 24,140.26 -1,213.39

Page Subtotals 36.21 15,000.00

Ver: 14.10a
LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Case No: 06-13718 -BWB
Case Name: FOLEY, TERRENCE GYLES
Taxpayer ID No: *******9928
For Period Ending: 10/20/08

Trustee Name: RONALD R. PETERSON
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******6780 BofA - Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/26/07 | | Transfer from Acct #*******6777 | Bank Funds Transfer | 9999-000 | 15,000.00 | | 15,000.00 |
| 09/26/07 | 003001 | Terrence Foley | Homestead Exemption | 8100-002 | | 15,000.00 | 0.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 15,000.00 | 15,000.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 15,000.00 | 0.00 |
| Memo Allocation Net: | 0.00 | Subtotal | | 0.00 | 15,000.00 |
| | | Less: Payments to Debtors | | 0.00 | 15,000.00 |
| | | Net | | 0.00 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| Total Allocation Receipts: | 113,213.39 | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| Total Allocation Disbursements: | 87,895.95 | Money Market Account (Interest Earn - *******6777 | 24,140.26 | -1,213.39 | 10,353.65 |
| Total Memo Allocation Net: | 25,317.44 | BofA - Checking Account - *******6780 | 0.00 | 0.00 | 0.00 |
| | | TOTAL - ALL ACCOUNTS | 24,140.26 | -1,213.39 | 10,353.65 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  15,000.00  15,000.00

LFORM24  Ver: 14.10a

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **TERRENCE GYLES FOLEY,** | ) | **CASE NO. 06 B 13718** |
| | ) | |
| Debtor. | ) | Hon. Bruce W. Black |

### DISTRIBUTION REPORT

I, Ronald R. Peterson, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review, I propose to make the following distributions:

### SUMMARY OF DISTRIBUTION

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $8,233.63 |
| Chapter 11 Administrative Expenses: | 0.00 |
| Priority Claims (§ 507(a)(3)-(a)(6)): | 0.00 |
| Secured Tax Liens: | 0.00 |
| Priority Tax Claims: | 0.00 |
| General Unsecured Claims: | $2,120.02 |
| **TOTAL AMOUNT TO BE DISTRIBUTED** | $10,353.65 |

**EXHIBIT D - PAGE 1**

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 100% |
|---|---|---|---|
|  | § 726 (a) and (b) and § 507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. § 1930(6)) | $8,233.63 | $8,233.63 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
|  | Trustee<br>　Fees<br>　Expenses | <br>$8,162.48<br>$71.15 | <br>$8,162.48<br>$71.15 |
|  | Jenner & Block<br>　Fees<br>　Expenses | <br>$0.00<br>$0.00 | <br>$0.00<br>$0.00 |

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 726 (a) and (b) and § 507(a)(1) (debtor-in-possession (DIP) administrative expenses) | $0.00 | $0.00 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A |  | $0.00 | $0.00 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to § 502(f) | $0.00 | $0.00 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A |  | $0.00 | $0.00 |

<u>**EXHIBIT D - PAGE 2**</u>

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 507(a)(3) - Wages, salaries or commissions limited to $4,000 | $0.00 | $0.00 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A |  | $0.00 | $0.00 |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 507(a)(4) - Contributions to Employee Benefit Plans | $0.00 | $0.00 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A |  | $0.00 | $0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,000 | $0.00 | $0.00 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A |  | $0.00 | $0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 507(a)(6) - Deposits by consumers to the extent of $1,800 | $0.00 | $0.00 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A |  | $0.00 | $0.00 |

**EXHIBIT D - PAGE 3**

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 724(b) - Tax liens | $0.00 | $0.00 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A |  | $0.00 | $0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 507(a)(8) - Tax claims excluding fines and penalties | $0.00 | $0.00 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A |  | $0.00 | $0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 507(a)(9) - Capital commitments to Federal Depository Institutions | $0.00 | $0.00 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A |  | $0.00 | $0.00 |

<u>**EXHIBIT D - PAGE 4**</u>

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 2.404079% |
|---|---|---|---|
| | § 726(a)(2) - General claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $88,184.30 | $2,120.02 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| 1 | Morgan Lee Receivables, Inc.<br>Eric Benveniste re: 05 M1 189577<br>P.O. Box 5265<br>Skokie, IL 60076 | $7,542.71 | $181.33 |
| 2 | VATIV As Agents for Palisades Collections, LLC<br>P.O. Box 19249<br>Sugar Land, TX 77496 | $12,929.87 | $310.84 |
| 3 | Recovery Management Systems Corporation For Great Seneca Financial Corporation<br>As S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131 | $8,873.17 | $213.32 |
| 4 | Discover Bank/Discover Financial Services<br>P.O. Box 3025<br>New Albany, OH 43054 | $9,832.09 | $236.37 |
| 5 | Credigly Receivables, Inc.<br>P.O. Box 2689<br>Suwannee, GA 30024 | $11,890.91 | $285.87 |
| 6 | Credigly Receivables Inc.<br>P.O. Box 2689<br>Suwannee, GA 30024 | $24,710.30 | $594.06 |
| 8 | Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123 | $12,405.25 | $298.23 |

**EXHIBIT D - PAGE 5**

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 726(a)(3) - Late unsecured claims | $0.00 | $0.00 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A |  | $0.00 | $0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 726(a)(4) -Fines/Penalties | $0.00 | $0.00 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A |  | $0.00 | $0.00 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 726(a)(5) - Interest | $0.00 | $0.00 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A |  | $0.00 | $0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

**EXHIBIT D - PAGE 6**

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Secured | 7 | Steeple Hill Condominium Association c/o Kovitz Shifrin Nesbit 750 Lake Cook Road Suite 350 Buffalo Grove, IL 60089 | $1,753.95 | Withdrawn |
| Unsecured | 9 | Credigy Services Corp. P.O. Box 2689 Suwannee, GA 30024 | $24,710.30 | Withdrawn |
| Unsecured | 10 | Credigy Services Corp. P.O. Box 2689 Suwannee, GA 30024 | $11,890.91 | Withdrawn |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

Dated: _____, 2008            _____/s/ Ronald R. Peterson_____
                                                                              Trustee