**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | **Chapter 7** |
| | ) | |
| **TERRENCE GYLES FOLEY**, | ) | **CASE NO. 06 B 13718** |
| | ) | |
| Debtor. | ) | Hon. Bruce W. Black |

**NOTICE OF TRUSTEE'S FINAL REPORT,
HEARING ON APPLICATIONS FOR COMPENSATIONS, AND
<u>HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE</u>**

TO THE DEBTOR(S), CREDITORS AND OTHER PARTIES IN INTEREST:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   United States Bankruptcy Court
          219 South Dearborn Street, Courtroom 615
          Chicago, IL  60604

    On:   **December 18, 2008**   Time: **9:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to pending applications and transacting such other business as may be properly noticed before the Court.   **ATTENDANCE BY THE DEBTOR AND THE CREDITORS IS WELCOMED BUT IS NOT REQUIRED**.

3. The Trustees Final Report shows total:

    | | | |
    |---|---|---|
    | a. | Receipts | $113,249.60 |
    | b. | Disbursements | $102,895.95 |
    | c. | Net Cash Available for Distribution | $ 10,353.65 |

1710175.1

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Ronald R. Peterson<br>Trustee | $0.00 | $8,162.48 | $71.15 |
| Jenner & Block<br>Attorney/Trustee | $0.00 | $0.00 | $0.00 |
| N/A<br>Accountant/Trustee | $0.00 | $0.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| N/A | $0.00 | $0.00 | $0.00 |

6. In addition to the expenses of administration that may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| CLAIM NUMBER | CLAIMANT | AMOUNT OF CLAIM | PROPOSED PAYMENT |
|---|---|---|---|
| N/A | | $0.00 | $0.00 |

7. Claims of general unsecured creditors totaling $88,184.30 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 2.404079%. Allowed general unsecured claims are as follows:

| CLAIM NUMBER | CLAIMANT | AMOUNT OF CLAIM | PROPOSED PAYMENT |
|---|---|---|---|
| 1 | Morgan Lee Receivables, Inc.<br>Eric Benveniste re: 05 M1 189577<br>P.O. Box 5265<br>Skokie, IL 60076 | $7,542.71 | $181.33 |

| | | | |
|---|---|---|---|
| 2 | VATIV As Agents for Palisades Collections, LLC<br>P.O. Box 19249<br>Sugar Land, TX  77496 | $12,929.87 | $310.84 |
| 3 | Recovery Management Systems Corporation For Great Seneca Financial Corporation<br>As S.E. 2nd Avenue, Suite 1120<br>Miami, FL  33131 | $8,873.17 | $213.32 |
| 4 | Discover Bank/Discover Financial Services<br>P.O. Box 3025<br>New Albany, OH  43054 | $9,832.09 | $236.37 |
| 5 | Credigly Receivables, Inc.<br>P.O. Box 2689<br>Suwannee, GA  30024 | $11,890.91 | $285.87 |
| 6 | Credigly Receivables, Inc.<br>P.O. Box 2689<br>Suwannee, GA  30024 | $24,710.30 | $594.06 |
| 8 | Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA  92123 | $12,405.25 | $298.23 |

8. Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of the Court.

10. The debtor has been discharged.

1710175.1

11. The Trustee proposes to abandon the following property at the hearing:

      0.00

Dated: **November 21, 2008**　　　　　　　　　　For the Court,

                                                   **KENNETH S. GARDNER**
                                                   Kenneth S. Gardner
                                                   Clerk of the U.S. Bankruptcy Court
                                                   219 S. Dearborn Street, 7th Floor
                                                   Chicago, IL 60604

Ronald R. Peterson (02188473)
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, IL 60611
PH:    (312) 923-2981
FAX:  (312) 840-7381

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 3                   Date Rcvd: Nov 21, 2008
Case: 06-13718                 Form ID: pdf002              Total Served: 102

The following entities were served by first class mail on Nov 23, 2008.
db              Terrence Gyles Foley,    607 N Columbine Ave,   Lombard, IL   60148-1529
aty            +Ronald Peterson,    Jenner & Block,    330 N. Wabash Avenue,    Chicago, IL 60611-7603
tr             +Ronald R Peterson,    Jenner & Block LLP,    330 N. Wabash Avenue,   Chicago, IL 60611-7603
10979046       +ABN AMRO MORTGAGE,     2600 W BIG BEAVER,    M-0904-470,   TROY, MI 48084-3323
10979047       +ABN AMRO MORTGAGE,     2600 W BIG BEAVER,    TROY, MI 48084-3318
10979045       +ABN-AMRO Mortgage,    Mortgage# 0005760739,    Loan Admin/Resolution,    320 E Big Beaver Rd,
                 Troy MI 48083-1238
10979078        Academy Collection Serv, Inc,    Acct# 6853696,    10965 Decatur Rd,    Philadelphia, PA 19154-3210
10979044       +American Community Mgt,    re Steeple Hill acct 5-9207,    1908 Wright Blvd,
                 Schaumburg, IL 60193-4587
10979068        Attention, LLC,    Acct# 2803298,    P.O. Box 210000,    Stockton, CA 95269-9000
10979067        Attention, LLC,    Acct# 2803574,    P.O. Box 210000,    Stockton, CA 95269-9000
10979020       +Bank Of America,    Fleet Acct# 4428870104009669,    P.O. Box 2493,    Norfolk VA 23501-2493
10979021       +Bank Of America,    Fleet Acct# 4428870104009669,    P.O. Box 2930,    Phoenix AZ 85062-2930
10979041        Bank of America,    MBNA Acct# 5228070900034974,    P.O. Box 15168,    Wilmington, DE 19850-5168
10979027        Bank of America,    MBNA Acct# 5401261157004534,    P.O. Box 15168,    Wilmington, DE 19850-5168
10979022        Bank of America,    Fleet Acct# 4428870104009669,    P.O. Box 60069,
                 City of Industry, CA 91716-0069
10979080       +Bank of America,    Acct# 5401261999386776,    P.O. BOX 17054,    WILMINGTON , DE 19884-0001
10979081       +Bank of America,    Acct# 5490350999010205,    P.O. BOX 17054,    WILMINGTON , DE 19884-0001
10979023       +Bank of America,    Fleet Acct# 4428870104009669,    1825 E. Buckeye Road,    Phoenix, AZ 85034-4252
10979049       +Blatt, Hasenmiller, Leibsker & Moore,    LLC - 01237 re: 05 M1 133821,    125 S Wacker Dr Ste 400,
                 Chicago, IL 60606-4424
10979052       +Blitt and Gaines, PC,    re: 05 M1 113596,    318 W Adams St  Ste 1600,    Chicago, IL 60606-5100
10979056       +Blitt and Gaines, PC,    re: 05 M1 152712,    318 W Adams St  Ste 1600,    Chicago, IL 60606-5100
10979095      ++COLLECT AMERICA LTD,    4340 S MONACO PKWY,    2ND FL,   DENVER CO 80237-3408
               (address filed with court: CACV of Colorado, LLC,      Acct# 12391086011000387,
                 370 17th Street, Suite 5000,    Denver, CO 80202-3050)
10979075       +Capital Management Svcs,    Acct# 4311960270038814,    726 Exchange St  Ste 700,
                 Buffalo, NY 14210-1464
10979055       +Cavalry SPV I, LLC,    Acct# 3583841,    County of Cook (Chicago) 05 M1 152712,    7 Skyline Dr,
                 Hawthorne, NY 10532-2156
10979036        Chase Bank Card Services,    First USA Bank, N.A.,    First Card Acct# 4246171015748812,
                 P.O. Box 15298,    Wilmington, DE  19850-5298
10979029        Chase Bank Card Services,    First USA Bank, N.A.,    First Card Acct# 4366163071638809,
                 P.O. Box 15298,    Wilmington, DE  19850-5298
10979018        Chase Card Services,    Acct# 5260310360101973,    P.O. Box 15298,    Wilmington, DE 19850-5298
10979083       +Chase Card Services,    Acct# 4246171015748812,    800 BROOKSEDGE BLVD,
                 WESTERVILLE, OH 43081-2822
10979084       +Chase Card Services,    Acct# 4366163071638809,    800 BROOKSEDGE BLVD,
                 WESTERVILLE, OH 43081-2822
10979082       +Chase Card Services,    Acct# 5260310360101973,    800 BROOKSEDGE BLVD,
                 WESTERVILLE, OH 43081-2822
10979016       +Chase Correspondence Dept,    Acct# 5260310360101973,    P.O. Box 15298,
                 Wilmington, DE 19850-5298
10979017        Chase Customer Service,    Acct# 5260310360101973,    P.O. Box 15919,    Wilmington, DE  19850-5919
11127760       +Credigly Receivables Inc,    P O BOX 2689,    Suwannee, GA 30024-0984
10979088       +Credigy Services Corp,    Acct# 4168100021015670,    3950 Johns Creek Ct Ste 100,
                 Suwanee, GA 30024-1296
10979085       +Credigy Services Corp,    Acct# 4168100021142516,    3950 Johns Creek Ct Ste 100,
                 Suwanee, GA 30024-1296
10979087       +Credigy Services Corp,    Acct# 4428870104009669,    3950 Johns Creek Ct Ste 100,
                 Suwanee, GA 30024-1296
11350714       +Credigy Services Corp.,    PO BOX 2689,    Suwanee, GA 30024-0984
10979066        Creditone, LLC,    File# 896503,    P.O. Box 625,    Metairie, LA 70004-0625
10979069        Ecast Settlement Corp,    File# 01486906-22,    OrigAcct# 5490350109066360,    P.O. Box 7247-3888,
                 Philadelphia, PA 19170-6888
10979048       +Eric M Benveniste Esq.,    re: 05 M1 189577,    P.O. Box 5265,    Skokie IL 60076-5265
11013892       +First Select,    P O BOX 660487,    Dallas TX 75266-0487
10979035        First USA Bank, N.A.,    First Card Acct# 4246171015748812,    P.O. Box 8650,
                 Wilmington, DE  19899-8650
10979028        First USA Bank, N.A.,    First Card Acct# 4366163071638809,    P.O. Box 8650,
                 Wilmington, DE  19899-8650
10979054       +Fisher and Shapiro, LLC,    re: 2006-CH-21624,    4201 Lake Cook Rd 1st Fl,
                 Northbrook, IL 60062-1060
10979090       +Fleet Customer Service,    Acct# 4428870104009669,    201 N TRYON ST,    CHARLOTTE, NC 28255-0001
10979019        Fleet Customer Service,    Acct# 4428870104009669,    P.O. Box 15480,    Wilmington, DE 19850-5480
10979063       +Go-More Financial Inc,    File# 119503-1,    P.O. Box 270,    Buffalo, MN 55313-0270
10979057       +Hayt, Hayt & Landau,    re: 87 M1 112948,    2020 Dempster Plaza,    Evanston, IL 60202-1017
11013885       +J H Stroger Hosp of Cook County,    Patinet Acct,    P O BOX 70121,    Chicago, IL 60673-0001
11013884        J H Stroger Hosp of Cook County,    Patient Acct,    Annex Bldg,    Chicago, IL 60612
10979079       +Leading Edge Recovery Solutions,    Acct# 5260310360101973,    5440 N Cumberland Ave  Ste 300,
                 Chicago, IL 60656-1486
10979040        MBNA America,    Acct# 5228070900034974,    P.O. Box 15026,    Wilmington, DE 19850-5026
10979026        MBNA America,    Acct# 5401261157004534,    P.O. Box 15026,    Wilmington, DE 19850-5026
11013888       +MRC Receivables Corp,    P O BOX 939019,    San Diego CA 92193-9019
11013889        MRC Receivables Corp,    Dept 8870,    Los Angeles CA 90048
11013891       +Midland Credit Management,    Dept 8870,    Los Angles CA 90084-0001
10979091       +Midland Credit Management,    Acct# 8506470648,    8875 AERO DR STE 2,    SAN DIEGO, CA 92123-2251
11013890       +Midland Credit Management,    P O BOX 939019,    San Diego, CA 92193-9019
11213296       +Midland Credit Management, Inc.,    8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
10979059       +Mitchell N. Kay, P.C.,    Acct# 0010390082-A,    11 S La Salle St Ste 1900,
                 Chicago, IL 60603-1300
```

```
District/off: 0752-1           User: amcc7                  Page 2 of 3                   Date Rcvd: Nov 21, 2008
Case: 06-13718                 Form ID: pdf002              Total Served: 102

10979060       Mitchell N. Kay, P.C.,    Acct# 0010390082-A,    P.O. Box 2374,    Chicago, IL 60690-2374
10979050      +Morgan Lee Receivables Inc,    Eric Benveniste re: 05 M1 189577,    P.O. Box 5265,
               Skokie IL 60076-5265
10979093       NCO Financial,    Acct# 5972386,   PO BOX 41448,    PHILADELPHIA, PA 19101
10979092       National City Crd Svcs K-A16-2J,    Acct# 4311960270038814,    Kalamazoo, MI 49009-8003
10979039       National City Crd Svcs/Cardholder Serv,    K-A16-2J Acct# 4311960270038814,    P.O. Box 500,
               Portage, MI  49081-0500
10979038      +National City Cred Crd Cust Serv,    Select Edition Acct# 4311960270038814,    P.O. Box 2349,
               Kalamazoo, MI 49003-2349
10979076       Northland Group Inc.,    Acct# F4613442,    P.O. Box 390857,    Edina, MN 55439
10979065       Ocwen Federal Bank FSB,    Acct# 798049,    P.O. Box 785058,    Orlando, FL  32878-5058
10979070       POM Recoveries,    File# 01486906-22,    OrigAcct# 5490350109066360,    P.O. Box 602,
               Lindenhurst, NY  11757-0602
10979094       Palisades Collection LLC,    Acct# PAL1BONES19775285,    210 SYLVAN AVE,
               ENGLEWD CLFS, NJ 07632-2524
10979051      +Palisades Collection LLC,    Assignee of Advanta re: 05 M1 133821,    210 Sylvan Ave,
               Englewood Cliffs, NJ 07632-2524
10979072      +Phillips and Cohen Assoc,    Acct# 3449985,    695 Rancocas Rd,   Westampton, NJ 08060-5626
11013887      +Saint Joseph Hosp-Patient Accts,    re 10/1/87 Judgement 87M1 112948,    2900 N Lake Shore Drive,
               Chicago, IL 60657-5640
10979034      +Saint Joseph Hosp-Patient Accts,    re 10/1/87 Judgment 87 M1 112948,
               2900 North Lake Shore Drive,    Chicago, IL 60657-5640
10979037       Select Edition K-A16-F5,    Acct# 4311960270038814,    One NCC Pkwy,    Kalamazoo, MI  49009-8003
11013893      +State of IL Dept of Unemp Security,    Banking Unit,    P O BOX 6996,    Chicago, IL 60680-6996
10979043      +Steeple Hill Condo Assn,    re acct 5-9207,    580 Mesa Dr,   Hoffman Estates, IL 60169-5408
11174169      +Steeple Hill Condominium Association,    c/o Kovitz Shifrin Nesbit,    750 Lake Cook Rd.,
               Suite 350,    Buffalo Grove, IL 60089-2088
10979077      +Tate & Kirlin Assoc,    Acct# 4311960270038814,    2810 Southampton Rd,
               Philadelphia,  PA 19154-1207
10979058      +Terrence G. Foley Pro Se - Debtor,    555 Hill Dr  #207,    Hoffman Estates, IL 60169-1571
10979014       Universal Card Svc Corp,    Acct# 5398420006886773,    P.O. Box 44167,
               Jacksonville, FL 32231-4167
11013886      +Universal Card Svc Corp,    P O BOX 44157,    Jacksonville, FL 32231-4157
10979015      +Universal Card Svc Corp,    Acct# 5398420006886773,    Bankruptcy Department,    P O Box 769,
               Arlington, TX 76004-0769
11091170      +VATIV As Agents For Palisades Collections, LLC,    PO Box 19249,    Sugar Land, TX 77496-9249
10979032     ++WACHOVIA BANK NA,    P O BOX 13765,    ROANOKE VA 24037-3765
              (address filed with court: Wachovia/First Union,    NewAcct# 5228231020122509,
               OldAcct# 5228070900034974,    1525 West W.T. Harris Blvd.,    Charlotte, NC 28288-0376)
10979030     ++WACHOVIA BANK NA,    P O BOX 13765,    ROANOKE VA 24037-3765
              (address filed with court: First Union,    NewAcct# 5228231020122509,    OldAcct# 5228070900034974,
               P.O. Box 2357,    Brunswick, GA  31521-2357)
10979033       Wachovia Bank NA/ First Union,    NewAcct# 5228231020122509,    OldAcct# 5228070900034974,
               P.O. Box 563966,    Charlotte, NC 28256-3966
10979031      +Wachovia Bank NA/First Union,    Correspondence Team NC8502 NewAcct# 5228,
               231020122509 OldAcct# 5228070900034974,    P.O. Box 563966,    Charlotte, NC 28256-3966
10979042       Washington Mutual Cd Proc Srvc,    First Select Acct# 4168100021142516,    P.O. Box 660487,
               Dallas, TX  75266-0487
10979071      +Wolpoff & Abramson, LLP,    File# 112085424,    Two Irvington Centre,    702 King Farm Blvd,
               Rockville, MD 20850-5774
10979064      +Wolpoff & Abramson, LLP,    File# 129212541,    Two Irvington Centre,    702 King Farm Blvd,
               Rockville, MD 20850-5774
The following entities were served by electronic transmission on Nov 22, 2008.
10979053      +E-mail/PDF: NDICRISTOFANO@ARTHURADLER.COM Nov 22 2008 02:45:48     Arthur B Adler & Assoc,
               re: 02 M1 117593,    25 E Washington #500,    Chicago, IL 60602-1703
10979025       E-mail/PDF: mrdiscen@discoverfinancial.com Nov 22 2008 04:30:14
               Discover Card Customer Service,    Acct# 6011007310170740,    P.O. Box 8003,    Hilliard, OH  43026
10979024       E-mail/PDF: mrdiscen@discoverfinancial.com Nov 22 2008 04:30:06
               Discover Card Customer Service,    Discover Financial Services,    Acct# 6011007310170740,
               P.O. Box 30943,    Salt Lake City, UT 84130-0943
10979089       E-mail/PDF: mrdiscen@discoverfinancial.com Nov 22 2008 04:30:06
               Discover Card Customer Service,    Discover Financial Services,    Acct# 6011007310170740,
               PO BOX 15316,    WILMINGTON, DE 19850-5316
11091860      +E-mail/PDF: mrdiscen@discoverfinancial.com Nov 22 2008 04:30:14
               Discover Bank/Discover Financial Services,    PO Box 3025,    New Albany OH 43054-3025
10979061       E-mail/PDF: ebn@phinsolutions.com Nov 22 2008 02:45:17     Plaza Assoc,    Acct# 0010390082,
               P.O. Box 18008,    Hauppauge, NY 11788-8808
10979062       E-mail/PDF: ebn@phinsolutions.com Nov 22 2008 02:45:17     Plaza Assoc,    Acct# 10390081,
               P.O. Box 18008,    Hauppauge, NY 11788-8808
11044382      +E-mail/PDF: rmscedi@recoverycorp.com Nov 22 2008 02:45:43
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
11091585      +E-mail/PDF: rmscedi@recoverycorp.com Nov 22 2008 02:45:45
               Recovery Management Systems Corporation,    For Great Seneca Financial Corporation,
               As Assignee of NATIONAL CITY,    25 SE 2nd Avenue, Suite 1120,    Miami FL 33131-1605
10979073      +E-mail/Text: resurgentbknotifications@resurgent.com
               Sherman Acquisition LP,    Acct# 4311960270038814,    PO Box 10497,
               Greenville South Carolina 29603-0497
10979074      +E-mail/Text: resurgentbknotifications@resurgent.com
               Sherman Acquisition LP,    Acct# 4246171015748812,    PO Box 10497,
               Greenville South Carolina 29603-0497
                                                                                              TOTAL: 11
```

```
District/off: 0752-1           User: amcc7              Page 3 of 3              Date Rcvd: Nov 21, 2008
Case: 06-13718                 Form ID: pdf002          Total Served: 102

            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10979086*   +Credigy Services Corp,    Acct# 4168100021142516,    3950 Johns Creek Ct Ste 100,
             Suwanee, GA 30024-1296
                                                                                       TOTALS: 0, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 23, 2008**                    **Signature:**    *Joseph Speetjens*