UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:                              )
                                    )   Chapter 7
    Terrence Gyles Foley,           )   Honorable Bruce W. Black
                                    )
        Debtor.                     )   06 B 13718

### Order And Notice of Hearing

This cause coming before the court on a hearing for Trustee's Final Report and Account in this case on May 6, 2009, no one having appeared IT IS HEREBY ORDERED:

That the hearing is continued to **MAY 20, 2009 at 10:30 a.m.** in Courtroom 615, at 219 South Dearborn Street, Chicago, Illinois, at which time **Ronald R. Peterson, Trustee** is directed to appear.

DATED: May 6, 2009                    ENTERED:

                                                      Bruce W. Black
                                                      Bankruptcy Judge