# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FOLEY, TERRENCE GYLES | § | Case No. 06-13718 |
| | § | |
| Debtor(s) | § | |

## AMENDED TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter 7 of the United States Bankruptcy Code on 10/25/2006 . The undersigned trustee was appointed on  10/25/2006 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized gross receipts of         $         129,330.12

    Funds were disbursed in the following amounts:

| | |
|---|---|
| Administrative expenses | 10,175.43 |
| Payments to creditors | 76,507.13 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Payments to the debtor | 15,000.00 |
| | |
| Leaving a balance on hand of[1]      $ | 27,647.56 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was  04/02/2007 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 4,893.42 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 4,893.42 , for a total compensation of $ 4,893.42 . In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 71.68 , for total expenses of $ 71.68 .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/12/2009          By: /s/RONALD R. PETERSON
                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Page: 1

Exhibit A

## FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No:        06-13718    BWB    Judge: BRUCE W. BLACK
Case Name:    FOLEY, TERRENCE GYLES

For Period Ending:  11/12/09

Trustee Name:                        RONALD R. PETERSON
Date Filed (f) or Converted (c):    10/25/06 (f)
341(a) Meeting Date:              11/21/06
Claims Bar Date:                    04/02/07

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon DA=§554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Condo at 555 Hill Dr. # 207, Hoffman Estates, IL | 135,000.00 | Unknown | | 129,287.78 | Unknown |
| 2. Cash | 132.00 | Unknown | | 0.00 | Unknown |
| 3. IRA account with Schwab | 164.00 | Unknown | | 0.00 | Unknown |
| 4. Checking account with Schwab, Caïcu | 496.00 | Unknown | | 0.00 | Unknown |
| 5. Account with Phidelphia Park Race Track | 529.00 | Unknown | | 0.00 | Unknown |
| 6. PPD Toll account | 22.65 | Unknown | | 0.00 | Unknown |
| 7. Transponder deposit | 20.00 | Unknown | | 0.00 | Unknown |
| 8. Personal Property (item 4) | 150.00 | Unknown | | 0.00 | Unknown |
| 9. Personal property (item 5) | 36.13 | Unknown | | 0.00 | Unknown |
| 10. Costume jewelry | 0.00 | Unknown | | 0.00 | Unknown |
| 11. Personal property (item 8) | 1,855.26 | Unknown | | 0.00 | Unknown |
| 12. Chas Schwab IRA account | 164.45 | Unknown | | 0.00 | Unknown |
| 13. pErsonal property (item 13) | 3.05 | Unknown | | 0.00 | Unknown |
| 14. Personal property (item 23) | 0.00 | Unknown | | 0.00 | Unknown |
| 15. 1994 Nissan pick up | 0.00 | Unknown | | 0.00 | Unknown |
| 16. Personal property (item 4) | 0.00 | Unknown | | 0.00 | Unknown |
| 17. Personal property (item 29) | 50.00 | Unknown | | 0.00 | Unknown |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 42.34 | Unknown |
| TOTALS (Excluding Unknown Values) | $138,622.54 | $0.00 | | $129,330.12 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee's Final Report filed 11/10/08.  Final hearing set for 3/19/09.

LFORM1

UST Form 101-7-TFR (9/1/2009) (Page: 3)

Ver: 15.02

Exhibit A

Ver: 15.02

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Case No:        06-13718    BWB    Judge: BRUCE W. BLACK
Case Name:     FOLEY, TERRENCE GYLES

Trustee Name:                              RONALD R. PETERSON
Date Filed (f) or Converted (c):           10/25/06 (f)
341(a) Meeting Date:                       11/21/06
Claims Bar Date:                           04/02/07

Initial Projected Date of Final Report (TFR):  / /          Current Projected Date of Final Report (TFR):  / /

UST Form 101-7-TFR (9/1/2009) *(Page: 4)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No.: | 06-13718 -BWB |
|---|---|
| Case Name: | FOLEY, TERRENCE GYLES |

| Trustee Name: | RONALD R. PETERSON |
|---|---|
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | ******6777 Money Market Account (Interest Earn |

Taxpayer ID No: *******9928
For Period Ending: 11/12/09

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | 0.00 |
| 09/20/2007 | 1 | First American Title | | 112,000.00 | 1110-000 | 24,104.05 | | 24,104.05 |
| | | | Memo Amount: | | | | | |
| | | | Sales Proceeds from Sale of Condo | | | | | |
| | | LASALLE NATIONAL BANK | Memo Amount: ( | 54,696.59 ) | 4110-000 | | | |
| | | | Mortgage Payoff | | | | | |
| | | STEEPLE HILL CONDO ASSN | Memo Amount: ( | 5,736.15 ) | 4120-000 | | | |
| | | | Condo Assessments | | | | | |
| | | PALISALES COLLECTION LLC | Memo Amount: ( | 17,287.78 ) | 4120-000 | | | |
| | | | Judgment Lien | | | | | |
| | | CENTURY 21 MARINO | Memo Amount: ( | 650.00 ) | 2500-000 | | | |
| | | | Repair Costs | | | | | |
| | | VILLIAGE OF HOFFMAN ESTATES | Memo Amount: ( | 336.00 ) | 2820-000 | | | |
| | | | Real Estate Stamp Taxes | | | | | |
| | | MARINO CENTURY 21 | Memo Amount: ( | 6,720.00 ) | 3510-000 | | | |
| | | | Broker's Commission | | | | | |
| | | STATE OF ILLINOIS | Memo Amount: ( | 112.00 ) | 2820-000 | | | |
| | | | State of Illinois Stamp Tax | | | | | |
| | | COUNTY OF COOK | Memo Amount: ( | 56.00 ) | 2820-000 | | | |
| | | | Cook County Stamp tax | | | | | |
| | | FIRST AMERICAN TITLE | Memo Amount: ( | 890.00 ) | 2500-000 | | | |
| | | | Title Insurance Charges | | | | | |
| | | COUNTY OF COOK | Memo Amount: ( | 1,411.43 ) | 2820-000 | | | |
| | | | Real Estate Taxes | | | | | |
| 09/20/2007 | | Bizon Properties LLC 1014 North Evergreen Arlington Heights, Illinois 60004 | | | | | -1,213.39 | 25,317.44 |
| | | LASALLE | Memo Amount: | 414.65 | 4110-000 | | | |
| | | | Mortgage Payoff | | | | | |

| | | | | | | Page Subtotals | | |
| | | | | | | 24,104.05 | -1,213.39 | |

UST Form 101-7-TFR (9/1/2009) (Page: 5)

LFORM24

Ver: 15.02

Page: 2
Exhibit B

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 06-13718 -BWB |
| Case Name: | FOLEY, TERRENCE GYLES |
| Taxpayer ID No.: | *******9928 |
| For Period Ending: | 11/12/09 |

| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | ******6777 Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/26/07 | | STEEPLE HILL CONDO ASSN | Memo Amount:  682.63 / Assessment Payoff | 4120-000 | | | |
| | | PALISALES COLLECTION LLC | Memo Amount:  116.11 / Judgement Lien Payoff | 4120-000 | | | |
| | | Transfer to Acct #*******6780 | Bank Funds Transfer | 9999-000 | | 15,000.00 | 10,317.44 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 1.57 | | 10,319.01 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 6.58 | | 10,325.59 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 5.52 | | 10,331.11 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 4.94 | | 10,336.05 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 4.10 | | 10,340.15 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 2.46 | | 10,342.61 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 2.44 | | 10,345.05 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 2.12 | | 10,347.17 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.31 | | 10,348.48 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.27 | | 10,349.75 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.31 | | 10,351.06 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.31 | | 10,352.37 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.28 | | 10,353.65 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 1.00 | | 10,354.65 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.84 | | 10,355.49 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.53 | | 10,356.02 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 10,356.11 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.08 | | 10,356.19 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 10,356.28 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.23 | | 10,356.51 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.26 | | 10,356.77 |
| 06/29/09 | 1 | Palisades Collections, LLC 210 Sylan Ave Englewood Cliffs, NJ. 07632 | | 1110-000 | | -17,287.78 | 27,644.55 |
| | | | Page Subtotals | | 39.33 | -2,287.78 | |

Page: 3
Exhibit B

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-13718 - BWB |
| Case Name: | FOLEY, TERRENCE GYLES |
| Taxpayer ID No: | *******9928 |
| For Period Ending: | 11/12/09 |

| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | ******6777 Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.26 | | 27,644.81 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.67 | | 27,645.48 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.70 | | 27,646.18 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.68 | | 27,646.86 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.70 | | 27,647.56 |
| | | | COLUMN TOTALS | | 24,146.39 | -3,501.17 | 27,647.56 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 15,000.00 | |
| | | | Subtotal | | 24,146.39 | -18,501.17 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 24,146.39 | -18,501.17 | |

| Memo Allocation Receipts: | 113,213.39 |
| Memo Allocation Disbursements: | 87,895.95 |
| Memo Allocation Net: | 25,317.44 |

| | | |
|---|---|---|
| Page Subtotals | 3.01 | 0.00 |

Ver: 15.02

LFORM24   UST Form 101-7-TFR (9/1/2009) (Page: 7)

Page: 4
Exhibit B

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 06-13718 -BWB |
| Case Name: | FOLEY, TERRENCE GYLES |
| Taxpayer ID No: | *******9928 |
| For Period Ending: | 11/12/09 |

| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6780 BofA – Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/26/07 | | Transfer from Acct #*******6777 | Bank Funds Transfer | 9999-000 | 15,000.00 | | 15,000.00 |
| 09/26/07 | 003001 | Terrence Foley | Homestead Exemption | 8100-002 | | 15,000.00 | 0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 15,000.00 | 15,000.00 | 0.00 |
| | | Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 15,000.00 | 0.00 | |
| | | Memo Allocation Net: | 0.00 | Subtotal | 0.00 | 15,000.00 | |
| | | | | Less: Payments to Debtors | | 15,000.00 | |
| | | | | Net | 0.00 | 0.00 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | | Money Market Account (Interest Earn – *******6777 | 24,146.39 | -18,501.17 | 27,647.56 |
| | | | | BofA – Checking Account – *******6780 | 0.00 | 0.00 | 0.00 |
| | | Total Allocation Receipts: | 113,213.39 | | 24,146.39 | -18,501.17 | 27,647.56 |
| | | Total Allocation Disbursements: | 87,895.95 | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |
| | | Total Memo Allocation Net: | 25,317.44 | | | | |

Page Subtotals          15,000.00          15,000.00

LFORM24   UST Form 101-7-TFR (9/1/2009) (Page: 8)

Ver: 15.02

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 06-13718
Case Name: FOLEY, TERRENCE GYLES
Trustee Name: RONALD R. PETERSON

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee: RONALD R. PETERSON | $ 4,893.42 | $ 71.68 |
| Attorney for trustee: JENNER & BLOCK LLP | $ 13,852.00 | $ 1,123.39 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |
| Other: | $ | $ |
| Other: | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| _Attorney for debtor:_ | | $ | $ |
| _Attorney for:_ | | $ | $ |
| _Accountant for:_ | | $ | $ |
| _Appraiser for:_ | | $ | $ |
| _Other:_ | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 88,184.30 have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.7 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _000001_ | _Morgan Lee Receivables Inc_ | $ 7,542.71 | $ 659.21 |
| _000002_ | _VATIV As Agents For_<br>_Palisades Collections, LLC_ | $ 12,929.87 | $ 1,130.04 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000003 | Recovery Management Systems Corporation | $ 8,873.17 | $ 775.49 |
| 000004 | Discover Bank/Discover Financial Services | $ 9,832.09 | $ 859.30 |
| 000005 | Credigly Receivables Inc | $ 11,890.91 | $ 1,039.23 |
| 000006 | Credigly Receivables Inc | $ 24,710.30 | $ 2,159.61 |
| 000008 | Midland Credit Management, Inc. | $ 12,405.25 | $ 1,084.19 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **TERRENCE GYLES FOLEY,** | ) | **CASE NO. 06 B 13718** |
| | ) | |
| Debtor. | ) | Hon. Bruce W. Black |
| | ) | |

**TRUSTEE'S AMENDED APPLICATION
FOR COMPENSATION AND EXPENSES**

Ronald R. Peterson, Trustee herein, pursuant to 11 U.S.C. § 330, respectfully requests $4,893.42 as compensation and $71.68 for reimbursement of expenses, $0.00 amount of which has previously been paid.

## I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $41,434.17. Pursuant to 11 U.S.C. § 326, compensation should be computed as follows:

| | |
|---|---|
| 25% of First $5,000.00 | $1,250.00 |
| 10% of Next $45,000.00 | $3,643.42 |
| | |
| TOTAL COMPENSATION | $4,893.42 |

Attached as Exhibit "A" is an itemized statement of the services rendered by the Trustee (and his paralegals) to this estate.

1816069.1

## II. TRUSTEE'S EXPENSES

| | |
|---|---|
| Copies | $30.00 |
| Postage | $33.40 |
| Other (Specify): Trustee's Bond | $ 8.28 |
| **TOTAL EXPENSES** | **$71.68** |

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above-captioned case.

Respectfully submitted,

_____/s/ Ronald R. Peterson_____
RONALD R. PETERSON, not individually but as Trustee for Terrence G. Foley

Ronald R. Peterson (02188473)
JENNER & BLOCK LLP
335 North Clark Street
Chicago, IL 60654-3456
PH:    (312) 923-2981
FAX:  (312) 840-7381

Dated:  November 12, 2009

2

1816069.1

**EXHIBIT A**
**TRUSTEE TIME**
**CASE NO. 06 B 13718**

## TRUSTEE TIME
## TERRENCE GYLES FOLEY
## CASE NO. 06 B 13718

| 1/03/07 | LTY | .60 | Reviewed docket and schedules and worked on setting up case database. (T. Foley) |
| 1/30/07 | RRP | .20 | Telephone conferences with T. Foley re offer on house. |
| 2/09/07 | LTY | 1.10 | Prepared, reviewed and revised lis pendens and readied same for recording with the Cook County Recorder. |
| 2/14/07 | LTY | .30 | Office conference with E. Kalisz re real estate and status and reviewed case docket. |
| 3/01/07 | LTY | .20 | Reviewed case docket, documents and correspondence. |
| 3/14/07 | LTY | .20 | Reviewed case docket, documents and correspondence. |
| 3/19/07 | MJK | .70 | Conference with R. Peterson re retention of broker; telephone conference with broker re retention; began drafting motion to retain broker. |
| 4/05/07 | RRP | .10 | Reviewed retention application for broker. |
| 6/04/07 | MJK | .30 | Spoke with broker re offers. |
| 6/26/07 | RRP | .20 | Reviewed motion for leave to sell and discussed same with M. Kelly. |
| 6/27/07 | LTY | .40 | Reviewed, assembled and readied motion to sell real estate for filing and e-filed same. |
| 7/17/07 | RRP | .30 | Office conference with M. Kelly re real estate closing. |
| 9/20/07 | RRP | .80 | Worked on back office re closing of real estate deal. |
| 9/20/07 | LTY | .40 | Reviewed HUD and closing statements and assisted with depositing net sales proceeds. |
| 9/20/07 | MJK | .20 | Conference with R. Peterson and L. Yap re proceeds from sale of condominium. |
| 10/25/07 | RRP | .80 | Attended court before Bankruptcy Judge Schwartz re motion to lift stay. |
| 10/25/07 | MJK | .40 | Conference with R. Peterson re content of closing statement and mortgages and liens that were paid at closing. |
| 12/12/07 | RRP | 1.00 | Attended court hearing re motion to lift stay. |

| 7/07/08 | RRP | .30 | Reviewed claims docket for duplicate claim and completed check of claims. |
| 7/15/08 | RRP | .30 | Reviewed claims objection. |
| | | 8.80 | **TOTAL TRUSTEE TIME** |

**FUTURE TRUSTEE TIME**
**TERRENCE GYLES FOLEY**
**CASE NO. 06 B 13718**

| RRP | .50 | Attended court hearing on Trustee's Final Report. |
| RRP | .50 | Prepared distribution checks to creditors. |
| RRP | .50 | Reviewed Trustee's Final Account. |
|  | 1.50 | **TOTAL FUTURE TRUSTEE TIME** |

3

EXHIBIT F

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:                                ) Chapter 7
                                      )
**TERRENCE GYLES FOLEY,**             ) **CASE NO. 06 B 13718**
                                      )
                    Debtor.           ) Hon. Bruce W. Black
                                      )

## AMENDED APPLICATION OF TRUSTEE'S COUNSEL FOR
## COMPENSATION AND REIMBURSEMENT OF EXPENSES

Ronald R. Peterson, not individually but as Trustee for Terrence Gyles Foley, pursuant to

11 U.S.C. § 330 and FRBP 2016, submits this application for compensation and reimbursement

of expenses for Jenner & Block LLP, and states:

1.      On April 5, 2007, this Court authorized the Trustee to retain Jenner & Block LLP.

Counsel has received $0.00 in previously awarded compensation and reimbursement of

expenses.

2.      Applicant requests $13,852.00 in compensation for 51.2 hours of services

performed for the period January 1, 2007 through October 31, 2009, and reimbursement of actual

expenses in the amount of $1,123.39.

3.      A description of the nature of the services rendered by the Applicant is as follows:

The Trustee's attorneys (i) prepared all pleadings and documentation necessary to

preserve, secure and close the sale of the Debtor's property at 555 Hill Drive, Unit

#207, Hoffman Estates, IL; and (ii) recovered from Palisades Collection Agency

funds that were paid to Palisades at closing for a judgment lien that had been

vacated.

1

EXHIBIT F

4.     At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which Applicant was employed.

WHEREFORE, the Trustee respectfully requests that Jenner & Block be awarded reasonable compensation of $13,852.00 and reimbursement of actual and necessary expenses of $1,123.39 for legal services rendered in this case and the Court grant such other relief as may be just.

Respectfully submitted,

RONALD R. PETERSON, not individually
but as Trustee for Terrence Gyles Foley

By: _____ /s/ Ronald R. Peterson _____
One of his Attorneys

Ronald R. Peterson (02188473)
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654-3456
PH:   (312) 923-2981
FAX:  (312) 840-7381

Dated: November 12, 2009

2

1800488.2

**EXHIBIT A**

**ATTORNEY TIME**
**TERRENCE GYLES FOLEY**
**CASE NO. 06-13718**

**ATTORNEY TIME**
**TERRENCE GYLES FOLEY**
**CASE NO. 06-13718**

SALE OF REAL ESTATE

| Date | Atty | Hrs | Description | Amount |
|---|---|---|---|---|
| 1/03/07 | NH B | .30 | Reviewed request for title search (.1); conducted internet research to obtain tax parcel number (.1); telephone call and e-mail to order title search of 555 Hill Drive and followed up with L. Yap re same (.1). | 70.50 |
| 1/05/07 | NHB | .10 | Followed up re status of title search of 555 Hill Drive; followed up with L. Yap re same. | 23.50 |
| 1/09/07 | EAKX | .50 | Drafted letter to debtor's attorney re sale of real property. | 150.00 |
| 2/09/07 | LTY | .50 | Prepared, reviewed and revised lis pendens and readied same for recording with the Cook County Recorder. | 117.50 |
| 3/20/07 | MJK | 1.60 | Telephone conference with broker (.1); sent affidavit to broker (.1); prepared motion to retain broker (1.0); sent letter to debtor to arrange access to property for broker (.4). | 440.00 |
| 3/23/07 | MJK | .10 | Telephone conference with broker re motion to retain broker. | 27.50 |
| 4/03/07 | MJK | 1.00 | Redrafted motion to retain broker. | 275.00 |
| 4/06/07 | MHM | .90 | Reviewed and prepared motion to retain broker for filing with court. | 211.50 |
| 4/06/07 | MJK | .40 | Filed motion to retain broker. | 110.00 |
| 4/26/07 | MJK | .60 | Prepared for and attended hearing to retain broker. | 165.00 |
| 4/30/07 | MJK | .10 | Telephone conference with broker re marketing property. | 27.50 |
| 5/17/07 | MJK | .10 | Telephone conference with broker re marketing estate property. | 27.50 |
| 5/23/07 | MJK | .10 | Conferred with R. Peterson re listing price of estate property; communicated with broker. | 27.50 |
| 5/29/07 | MJK | .10 | Spoke to broker re offers on condominium; researched real estate sale procedures. | 27.50 |

| Date | | | | |
|---|---|---|---|---|
| 5/30/07 | MJK | .10 | Spoke with broker re documents needed to proceed with marketing condominium; conference with R. Peterson re same. | 27.50 |
| 5/31/07 | MJK | 1.80 | Conference with broker re offers (.3); drafted motion to approve sale of condominium (1.4); conference with R. Peterson re offers (.1). | 495.00 |
| 6/01/07 | MJK | 1.00 | Continued drafting motion to sell property (.8); spoke to broker re additional offers (.2). | 275.00 |
| 6/14/07 | MJK | .10 | Telephone conference with re new offers; discussed with broker procedures for selling property in bankruptcy. | 27.50 |
| 6/18/07 | MJK | .40 | Telephone conference with broker re status of offers and possibility that Artlinks may pull out of offer. | 110.00 |
| 6/20/07 | MJK | .50 | Revised motion seeking approval to sell condominium. | 137.50 |
| 6/21/07 | MJK | .10 | Conference with broker re incoming offers and negotiations with offerors. | 27.50 |
| 6/25/07 | MJK | .50 | Telephone conference with broker re obtaining contracts with new closing dates to attach to motion to sell property (2); telephone conference with mortgagee's counsel re requested change to order (.3). | 137.50 |
| 6/26/07 | MJK | 1.00 | Redrafted portions of motion to sell property (.8); conference with R. Peterson re same (.1); prepared motion for filing (.1). | 275.00 |
| 6/27/07 | MJK | .10 | Worked on tasks related to sending out motion to sell property. | 27.50 |
| 7/16/07 | MJK | .10 | Telephone conference with broker re status of offers. | 27.50 |
| 7/17/07 | MJK | 2.00 | Prepared for and attended hearing on motion to approve sale of condominium (1.7); telephone conference with broker re upcoming sale (.1); conference with K. Boike re closing (.1); conference with R. Peterson re sale (.1). | 550.00 |
| 7/18/07 | KMB | .50 | Telephone conference with N. Marino (.1); telephone conference with M. Kelly re matter (.1); reviewed contract and other materials (.3). | 137.50 |

| | | | | |
|---|---|---|---|---|
| 7/18/07 | MJK | .60 | Telephone conference with broker re documents needed for closing (.2); conference with R. Peterson re documents needed for closing (1); prepared and sent closing documents to broker; conference with K. Boike re closing (.3). | 165.00 |
| 7/19/07 | KMB | .20 | Telephone conference with condominium association re payoff letter (.1); faxed form re same and emailed correspondence re same (.1). | 55.00 |
| 7/23/07 | KMB | .30 | Telephone conference with N. Marino re inspection (.1); telephone conference with T. McClellan re same (.1); telephone conference with M. Kelly re same (.1). | 82.50 |
| 7/23/07 | MJK | .50 | Conference with K. Boike re closing (4); delivered necessary documents to K. Boike (.1). | 137.50 |
| 7/24/07 | KMB | .50 | Telephone conference with N. Berger re closing (.1); met with M. Kelly re same (.4). | 137.50 |
| 7/24/07 | MJK | .40 | Conference with K. Boike re closing and any documents needed for closing. | 110.00 |
| 7/24/07 | NHB | 1.00 | Met with K. Boike re real estate transaction and preparations for closing (.2); reviewed documents re items to address prior to closing (.8). | 235.00 |
| 7/26/07 | KMB | .10 | Telephone conference with buyer's attorney; office conference with M. Kelly. | 27.50 |
| 7/30/07 | MJK | .10 | Conference with K. Boike and R. Peterson re buyer's request for closing date extension. | 27.50 |
| 7/31/07 | NHB | 1.00 | Followed up with K. Boike re real estate transaction and preparations for closing (.1); reviewed title commitment (.3); began initial drafts of closing documents (.6). | 235.00 |
| 8/01/07 | KMB | .10 | Telephone conference with M. Kelly re real estate matter; office conference with N. Berger re same. | 27.50 |
| 8/01/07 | MJK | .20 | Conference with K. Boike re closing and condominium association's demands for closing. | 55.00 |
| 8/01/07 | NHB | .50 | Followed up with K. Boike and M. Kelly re status and items to address prior to drafting closing documents (.3); reviewed condominium documents and determined course to follow re same (.2). | 117.50 |

| 8/02/07 | MJK | .20 | Conference with K. Boike re upcoming closing (.1); read email from N. Berger re lingering concerns with upcoming closing (.1). | 55.00 |
|---|---|---|---|---|
| 8/02/07 | NHB | 3.50 | Prepared preliminary draft of closing documents (3.1); reviewed and revised closing documents (.2); telephone calls and email re open items (.1); followed up with K. Boike and M. Kelly re open items (.1). | 822.50 |
| 8/03/07 | MJK | .70 | Researched re concerns raised by N. Berger in email re closing (.4); conference with R. Peterson re same (.1); telephone conference with broker re broker's advancing money to make repairs to condominium required by condominium association (.2). | 192.50 |
| 8/03/07 | NHB | .70 | Continued revisions of closing documents (.5); telephone calls and internet research re Hoffman Estates transfer tax requirements (.1); followed up with K. Boike and M. Kelly re status and items to address (.1). | 164.50 |
| 8/06/07 | KMB | 1.00 | Worked on closing; met with M. Kelly and N. Berger re same. | 275.00 |
| 8/06/07 | MJK | .40 | Conference with K. Boike and N. Berger re closing and contacted mortgage lender for payoff letter (.1); researched to determine how to contact judgment lien holder (.2); conference with R. Peterson re parties to be paid at closing (.1). | 110.00 |
| 8/06/07 | NHB | 1.70 | Met with M. Kelly and K. Boike re status and review of closing documents and open items (.4); revised documents and prepared set of documents for delivery to purchaser's attorney (1.0); followed up re title issues and handling of payments at closing and followed up re Hoffman Estates transfer stamps (.3). | 399.50 |
| 8/07/07 | FJE | .10 | Office conference with K. Boike re GAP Undertaking and Affidavit of Title. | 37.50 |
| 8/07/07 | KMB | .40 | Met with M. Kelly and N. Berger re closing (.1); telephone conference with N. Marino re closing issues (.1); telephone conference with T. McClellan re matter (.1); telephone conference with condominium association re same (.1). | 110.00 |

| | | | | |
|---|---|---|---|---|
| 8/07/07 | MJK | .50 | Followed up with mortgage lender re payoff letter (.2); conference with K. Boike re outstanding closing tasks (.1); sent document to broker to facilitate broker's purchasing tax stamps needed for closing (.2). | 137.50 |
| 8/07/07 | NHB | 1.00 | Follow-up with M. Kelly and K. Boike re status (.2); reviewed open items with K. Boike (.2); prepared preliminary drafts of closing documents (.4); reviewed, revised and completed final draft of letter forwarding documents to N. Marino re purchase of Hoffman Estates transfer stamps (.1); assembled documents and forwarded same to N. Marino (.1). | 235.00 |
| 8/08/07 | KMB | .20 | Telephone conference with N. Marino (.1); telephone conference with T. McClellan re matter; emailed correspondence re closing (.1). | 55.00 |
| 8/08/07 | MJK | .50 | Telephone conferences to determine ownership of judicial lien against estate property (.2); conference with broker and K. Boike re closing schedule (.3). | 137.50 |
| 8/08/07 | NHB | .10 | Followed up re open items; continued revisions of closing statement upon newly received numbers; met with K. Boike re closing time frame. | 23.50 |
| 8/09/07 | MJK | .50 | Contacted mortgage lien holder and judgment lien holder re status of payoff letters. | 137.50 |
| 8/09/07 | NHB | .50 | Continued follow-up re open items (.2); revised closing statement upon newly received numbers; reviewed and organized closing documents and real estate closing file (.3). | 117.50 |
| 8/10/07 | MJK | .20 | Conference with condominium association re T. Foley's overdue assessments (.1); conference with judgment lien holder (.1). | 55.00 |
| 8/14/07 | KMB | .40 | Telephone conference with T. McClellan (.2); telephone conference with M. Kelly re closing (.1); emailed correspondence re same (.1). | 110.00 |
| 8/14/07 | MJK | .60 | Telephone conference with mortgage lien holder and judgment lien holder. | 165.00 |
| 8/14/07 | NHB | .50 | Followed up re open items (.2); revised closing statement upon newly received numbers (.2); met with K. Boike and M. Kelly re status (.1). | 117.50 |

| Date | Initials | Hours | Description | Amount |
|------|----------|-------|-------------|--------|
| 8/16/07 | KMB | .10 | Emailed correspondence re closing. | 27.50 |
| 8/22/07 | KMB | .40 | Coordinated closing; emailed correspondence re same. | 110.00 |
| 8/23/07 | KMB | .10 | Met with N. Berger re closing; telephone conference with T. McClellan re same; telephone conference with M. Kelly re same. | 27.50 |
| 8/23/07 | MJK | .50 | Conversed with condominium association re assessment; researched re condominium assessment. | 137.50 |
| 8/23/07 | NHB | 1.30 | Met with K. Boike re status of transaction and preparations for closing (.3); worked on preparing file and documents for closing; followed up with M. Kelly and title company re open items (1.0). | 305.50 |
| 8/27/07 | MJK | .30 | Reviewed payoff letter from judgment lien creditor. | 82.50 |
| 9/11/07 | KMB | .50 | Emailed correspondence re closing date (.2); telephone conference with T. McClellan's office re same (.3). | 137.50 |
| 9/11/07 | MJK | .10 | Conference with K. Boike re closing. | 27.50 |
| 9/11/07 | NHB | .10 | Followed up with K. Boike and M. Kelly re status and preparations for closing. | 23.50 |
| 9/12/07 | KMB | 1.00 | Prepared for closing. | 275.00 |
| 9/12/07 | NHB | .50 | Met with K. Boike re status and preparations for closing (.2); reviewed documents (.3). | 117.50 |
| 9/13/07 | KMB | .10 | Telephone conferences with condominium association, creditor and M. Kelly; prepared for closing. | 27.50 |
| 9/13/07 | MJK | 1.00 | Prepared for closing (.7); multiple conferences with K. Boike re closing (.3). | 275.00 |
| 9/13/07 | NHB | .50 | Met with K. Boike re status and preparations for closing (.3); continued review of revised documents (.2). | 117.50 |
| 9/14/07 | KMB | .40 | Prepared for closing. | 110.00 |
| 9/14/07 | MJK | .40 | Conference with R. Peterson and K. Boike re closing. | 110.00 |

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 9/17/07 | KMB | .60 | Prepared closing documents (.5); sent email correspondence re same (.1). | 165.00 |
| 9/17/07 | MJK | .50 | Revised closing statement. | 137.50 |
| 9/18/07 | KMB | .10 | Emailed correspondence re closing and closing statement. | 27.50 |
| 9/18/07 | MJK | .60 | Telephone conference with mortgage company to confirm payoff letter (.2); updated closing statement per title company's request and other tasks related to closing (.4). | 165.00 |
| 9/19/07 | KMB | 2.80 | Prepared for closing (.8); attended closing with M. Kelly (2.0). | 770.00 |
| | | 45.70 | PROFESSIONAL SERVICES | 12,002.00 |

## OBJECTION TO DEBTOR'S HOMEOWNER'S EXEMPTION

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 1/09/07 | EAKX | .50 | Drafted motion objecting to real property exemption. | 150.00 |
| 1/19/07 | EAKX | .10 | Office conference with R. Peterson re motion objecting to exemption. | 30.00 |
| 2/15/07 | EAKX | 1.50 | Prepared for and attended hearing on objection to exemption. | 450.00 |
| | | 2.10 | PROFESSIONAL SERVICES | 630.00 |

## RECOVERY FROM PALISADES COLLECTION AGENCY

| | | | | |
|---|---|---|---|---|
| 5/20/09 | LSR | .70 | Attended status hearing. | 227.50 |
| 6/15/09 | MJK | .50 | Telephone conference with Palisades re money owed to estate; exchanged email re same. | 212.50 |
| 6/17/09 | MJK | 1.00 | Attended status hearing. | 425.00 |
| | | 2.20 | PROFESSIONAL SERVICES | 865.00 |

## ROUTINE COURT HEARINGS

| | | | | |
|---|---|---|---|---|
| 2/28/07 | MJK | .50 | Drafted motion to retain counsel. | 137.50 |
| 3/12/07 | MJK | .20 | Prepared an filed motion to retain. | 55.00 |
| 8/19/09 | LSR | .50 | Attended hearing on Trustee's final report. | 162.50 |
| | | 1.20 | PROFESSIONAL SERVICES | 355.00 |

**EXHIBIT B**

**SUMMARY OF ATTORNEY TIME
TERRENCE GYLES FOLEY
CASE NO. 06-13718**

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|------|------:|-----:|-------:|
| FRANK J. EICHENLAUB, IV | 0.10 | 375.00 | 37.50 |
| ELIZABETH A. KALISZ | 2.60 | 300.00 | 780.00 |
| KRISTEN M. BOIKE | 9.8 | 275.00 | 2,695.00 |
| MICHAEL J. KELLY | 21.30 | 275.00 | 5,857.50 |
| MICHAEL J. KELLY | 1.50 | 425.00 | 637.50 |
| LANDON S. RAIFORD | 1.20 | 325.00 | 390.00 |
| LOWELL T. YAP | 0.50 | 235.00 | 117.50 |
| MICHAEL H. MATLOCK | 0.90 | 235.00 | 211.50 |
| NEIL H. BERGER | 13.30 | 235.00 | 3,125.50 |
| TOTAL | 51.20 | | 13,852.00 |

**EXHIBIT C**

**ATTORNEY DISBURSEMENTS**
**TERRENCE GYLES FOLEY**
**CASE NO. 06-13718**

## ATTORNEY DISBURSEMENTS
### TERRENCE GYLES FOLEY
### CASE NO. 06-13718

| | | |
|---|---|---:|
| 2/09/07 | Photocopy Expense | 1.32 |
| 2/15/07 | In-City Transportation - E. Kalisz - 2/15/07 - Roundtrip to Court | 12.00 |
| 3/12/07 | Postage Expense | 59.85 |
| 3/12/07 | Photocopy Expense | 134.42 |
| 3/20/07 | Photocopy Expense | 2.86 |
| 3/22/07 | Photocopy Expense | 5.06 |
| 4/04/07 | In-City Transportation | 6.00 |
| 4/06/07 | Postage Expense | 61.74 |
| 4/27/07 | In-City Transportation | 5.00 |
| 6/01/07 | Photocopy Expense | .33 |
| 6/14/07 | Photocopy Expense | .66 |
| 6/15/07 | Photocopy Expense | 277.42 |
| 6/27/07 | Postage Expense | 149.82 |
| 6/27/07 | Photocopy Expense | 397.87 |
| 8/07/07 | UPS Tracking #1Z6134380191424294 - Invoice #00000613438327 | 7.08 |
| 9/13/07 | Telephone Expense | .20 |
| 9/20/07 | Photocopy Expense | 1.76 |
| | TOTAL DISBURSEMENTS | 1,123.39 |

## DISBURSEMENTS SUMMARY

| | |
|---|---:|
| In-City Transportation | 11.00 |
| In-City Transportation - E. Kalisz - 2/15/07 - Roundtrip to Court | 12.00 |
| Photocopy Expense | 821.70 |
| Postage Expense | 271.41 |
| Telephone Expense | 0.20 |
| UPS Tracking #1Z6134380191424294 - Invoice #00000613438327 | 7.08 |
| TOTAL DISBURSEMENTS | 1,123.39 |