BRUCE W. BLACK

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: | § |
| | § |
| FOLEY, TERRENCE GYLES | § Case No. 06-13718 BWB |
| | § |
| Debtor(s) | § |

## NOTICE OF AMENDED TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
  CLERK OF THE U.S. BANKRUPTCY COURT
  KENNETH S. GARDNER
  219 S. Dearborn St.
  Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 01/07/2010 in Courtroom 615,
  UNITED STATES BANKRUPTCY COURT
  219 South Dearborn Street
  Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/24/2009                By: UNITED STATES BANKRUPTCY COURT

*RONALD R. PETERSON*

*JENNER & BLOCK*
*330 NORTH WABASH AVENUE*
*CHICAGO, IL 60611-7603*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
FOLEY, TERRENCE GYLES § Case No. 06-13718 BWB
§
Debtor(s) §

## SUMMARY OF AMENDED TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 129,330.12 |
| *and approved disbursements of* | $ | 101,682.56 |
| *leaving a balance on hand of*[1] | $ | 27,647.56 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee: RONALD R. PETERSON | $ 4,893.42 | $ 71.68 |
| Attorney for trustee: JENNER & BLOCK LLP | $ 13,852.00 | $ 1,123.39 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 3)*

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Fees: | | $ | $ |
| Other: | | $ | $ |
| Other: | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $ | $ |
| Attorney for: | | $ | $ |
| Accountant for: | | $ | $ |
| Appraiser for: | | $ | $ |
| Other: | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 88,184.30 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.7 percent.

Timely allowed general (unsecured) claims are as follows:

UST Form 101-7-NFR (9/1/2009) (Page: 4)

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Morgan Lee Receivables Inc | $ 7,542.71 | $ 659.21 |
| 000002 | VATIV As Agents For Palisades Collections, LLC | $ 12,929.87 | $ 1,130.04 |
| 000003 | Recovery Management Systems Corporation | $ 8,873.17 | $ 775.49 |
| 000004 | Discover Bank/Discover Financial Services | $ 9,832.09 | $ 859.30 |
| 000005 | Credigly Receivables Inc | $ 11,890.91 | $ 1,039.23 |
| 000006 | Credigly Receivables Inc | $ 24,710.30 | $ 2,159.61 |
| 000008 | Midland Credit Management, Inc. | $ 12,405.25 | $ 1,084.19 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/Ronald R. Peterson
                                        Trustee

RONALD R. PETERSON
JENNER & BLOCK
330 NORTH WABASH AVENUE
CHICAGO, IL 60611-7603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: ahamilton              Page 1 of 3                   Date Rcvd: Nov 25, 2009
Case: 06-13718                 Form ID: pdf006              Total Noticed: 102


The following entities were noticed by first class mail on Nov 27, 2009.
db           Terrence Gyles Foley,    607 N Columbine Ave,    Lombard, IL  60148-1529
aty         +Ronald Peterson,    Jenner & Block,    353 N. Clark Street,    Chicago, IL 60654-4704
tr          +Ronald R Peterson,    Jenner & Block LLP,    330 N. Wabash Avenue,    Chicago, IL 60611-7603
10979046    +ABN AMRO MORTGAGE,    2600 W BIG BEAVER,    M-0904-470,    TROY, MI 48084-3323
10979047    +ABN AMRO MORTGAGE,    2600 W BIG BEAVER,    TROY, MI 48084-3318
10979045    +ABN-AMRO Mortgage,    Mortgage# 0005760739,    Loan Admin/Resolution,    320 E Big Beaver Rd,
              Troy MI 48083-1238
10979078     Academy Collection Serv, Inc,    Acct# 6853696,    10965 Decatur Rd,    Philadelphia, PA 19154-3210
10979044    +American Community Mgt,    re Steeple Hill acct 5-9207,    1908 Wright Blvd,
              Schaumburg, IL 60193-4587
10979068     Attention, LLC,    Acct# 2803298,    P.O. Box 210000,    Stockton, CA 95269-9000
10979067     Attention, LLC,    Acct# 2803574,    P.O. Box 210000,    Stockton, CA 95269-9000
10979020    +Bank Of America,    Fleet Acct# 4428870104009669,    P.O. Box 2493,    Norfolk VA 23501-2493
10979021    +Bank Of America,    Fleet Acct# 4428870104009669,    P.O. Box 2930,    Phoenix AZ 85062-2930
10979041     Bank of America,    MBNA Acct# 5228070900034974,    P.O. Box 15168,    Wilmington, DE 19850-5168
10979027     Bank of America,    MBNA Acct# 5401261157004534,    P.O. Box 15168,    Wilmington, DE 19850-5168
10979080    +Bank of America,    Acct# 5401261999386776,    P.O. BOX 17054,    WILMINGTON , DE 19884-0001
10979081    +Bank of America,    Acct# 5490350999010205,    P.O. BOX 17054,    WILMINGTON , DE 19884-0001
10979023     Bank of America,    Fleet Acct# 4428870104009669,    1825 E. Buckeye Road,    Phoenix, AZ 85034-4216
10979022     Bank of America,    Fleet Acct# 4428870104009669,    P.O. Box 60069,
              City of Industry, CA 91716-0069
10979049     Blatt, Hasenmiller, Leibsker & Moore,    LLC - 01237 re: 05 M1 133821,    125 S Wacker Dr Ste 400,
              Chicago, IL  60606-4440
10979052    +Blitt and Gaines, PC,    re: 05 M1 113596,    318 W Adams St  Ste 1600,    Chicago, IL 60606-5100
10979056    +Blitt and Gaines, PC,    re: 05 M1 152712,    318 W Adams St  Ste 1600,    Chicago, IL 60606-5100
10979095    ++COLLECT AMERICA LTD,    4340 S MONACO PKWY,    2ND FL,    DENVER CO 80237-3408
             (address filed with court: CACV of Colorado, LLC,     Acct# 12391086011000387,
              370 17th Street, Suite 5000,    Denver, CO 80202-3050)
10979075    +Capital Management Svcs,    Acct# 4311960270038814,    726 Exchange St  Ste 700,
              Buffalo, NY 14210-1464
10979055    +Cavalry SPV I, LLC,    Acct# 3583841,    County of Cook (Chicago) 05 M1 152712,    7 Skyline Dr,
              Hawthorne, NY 10532-2156
10979036     Chase Bank Card Services,    First USA Bank, N.A.,    First Card Acct# 4246171015748812,
              P.O. Box 15298,    Wilmington, DE  19850-5298
10979029     Chase Bank Card Services,    First USA Bank, N.A.,    First Card Acct# 4366163071638809,
              P.O. Box 15298,    Wilmington, DE  19850-5298
10979018     Chase Card Services,    Acct# 5260310360101973,    P.O. Box 15298,    Wilmington, DE 19850-5298
10979083    +Chase Card Services,    Acct# 4246171015748812,    800 BROOKSEDGE BLVD,
              WESTERVILLE, OH 43081-2822
10979084    +Chase Card Services,    Acct# 4366163071638809,    800 BROOKSEDGE BLVD,
              WESTERVILLE, OH 43081-2822
10979082    +Chase Card Services,    Acct# 5260310360101973,    800 BROOKSEDGE BLVD,
              WESTERVILLE, OH 43081-2822
10979016    +Chase Correspondence Dept,    Acct# 5260310360101973,    P.O. Box 15298,
              Wilmington, DE 19850-5298
10979017     Chase Customer Service,    Acct# 5260310360101973,    P.O. Box 15919,    Wilmington, DE  19850-5919
11127760    +Credigly Receivables Inc,    P O BOX 2689,    Suwannee, GA 30024-0984
10979088    +Credigy Services Corp,    Acct# 4168100021015670,    3950 Johns Creek Ct Ste 100,
              Suwanee, GA 30024-1296
10979085    +Credigy Services Corp,    Acct# 4168100021142516,    3950 Johns Creek Ct Ste 100,
              Suwanee, GA 30024-1296
10979087    +Credigy Services Corp,    Acct# 4428870104009669,    3950 Johns Creek Ct Ste 100,
              Suwanee, GA 30024-1296
11350714    +Credigy Services Corp.,    PO BOX 2689,    Suwanee, GA 30024-0984
10979066     Creditone, LLC,    File# 896503,    P.O. Box 625,    Metairie, LA 70004-0625
10979069     Ecast Settlement Corp,    File# 01486906-22,    OrigAcct# 5490350109066360,    P.O. Box 7247-3888,
              Philadelphia, PA 19170-6888
10979048    +Eric M Benveniste Esq.,    re: 05 M1 189577,    P.O. Box 5265,    Skokie IL 60076-5265
11013892     First Select,    P O BOX 660487,    Dallas TX 75266
10979035     First USA Bank, N.A.,    First Card Acct# 4246171015748812,    P.O. Box 8650,
              Wilmington, DE  19899-8650
10979028     First USA Bank, N.A.,    First Card Acct# 4366163071638809,    P.O. Box 8650,
              Wilmington, DE  19899-8650
10979054    +Fisher and Shapiro, LLC,    re: 2006-CH-21624,    4201 Lake Cook Rd 1st Fl,
              Northbrook, IL 60062-1060
10979019     Fleet Customer Service,    Acct# 4428870104009669,    P.O. Box 15480,    Wilmington, DE  19850-5480
10979090    +Fleet Customer Service,    Acct# 4428870104009669,    201 N TRYON ST,    CHARLOTTE, NC 28202-2146
10979063    +Go-More Financial Inc,    File# 119503-1,    P.O. Box 270,    Buffalo, MN 55313-0270
10979057    +Hayt, Hayt & Landau,    re: 87 M1 112948,    2020 Dempster Plaza,    Evanston, IL 60202-1017
11013885    +J H Stroger Hosp of Cook County,    Patinet Acct,    P O BOX 70121,    Chicago, IL 60673-0001
11013884     J H Stroger Hosp of Cook County,    Patient Acct,    Annex Bldg,    Chicago, IL 60612
10979079    +Leading Edge Recovery Solutions,    Acct# 5260310360101973,    5440 N Cumberland Ave  Ste 300,
              Chicago, IL 60656-1486
10979040     MBNA America,    Acct# 5228070900034974,    P.O. Box 15026,    Wilmington, DE  19850-5026
10979026     MBNA America,    Acct# 5401261157004534,    P.O. Box 15026,    Wilmington, DE  19850-5026
11013888    +MRC Receivables Corp,    P O BOX 939019,    San Diego CA 92193-9019
11013889     MRC Receivables Corp,    Dept 8870,    Los Angeles CA 90048
11013891    +Midland Credit Management,    Dept 8870,    Los Angles CA 90084-0001
11013890    +Midland Credit Management,    P O BOX 939019,    San Diego, CA 92193-9019
10979091    +Midland Credit Management,    Acct# 8506470648,    8875 AERO DR STE 2,    SAN DIEGO, CA 92123-2251
11213296    +Midland Credit Management, Inc.,    8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
10979060     Mitchell N. Kay, P.C.,    Acct# 0010390082-A,    P.O. Box 2374,    Chicago, IL 60690-2374
```

```
District/off: 0752-1          User: ahamilton              Page 2 of 3                   Date Rcvd: Nov 25, 2009
Case: 06-13718                Form ID: pdf006              Total Noticed: 102

10979059      +Mitchell N. Kay, P.C.,    Acct# 0010390082-A,   11 S La Salle St Ste 1900,
               Chicago, IL 60603-1300
10979050      +Morgan Lee Receivables Inc,    Eric Benveniste re: 05 M1 189577,    P.O. Box 5265,
               Skokie IL 60076-5265
10979093       NCO Financial,    Acct# 5972386,   PO BOX 41448,    PHILADELPHIA, PA 19101
10979092       National City Crd Svcs  K-A16-2J,    Acct# 4311960270038814,    Kalamazoo, MI 49009-8003
10979039       National City Crd Svcs/Cardholder Serv,    K-A16-2J Acct# 4311960270038814,    P.O. Box 500,
               Portage, MI 49081-0500
10979038      +National City Cred Crd Cust Serv,    Select Edition Acct# 4311960270038814,    P.O. Box 2349,
               Kalamazoo, MI 49003-2349
10979076       Northland Group Inc.,    Acct# F4613442,   P.O. Box 390857,    Edina, MN 55439
10979065       Ocwen Federal Bank FSB,    Acct# 798049,   P.O. Box 785058,    Orlando, FL 32878-5058
10979070       POM Recoveries,    File# 01486906-22,   OrigAcct# 5490350109066360,    P.O. Box 602,
               Lindenhurst, NY 11757-0602
10979094       Palisades Collection LLC,    Acct# PAL1BONES19775285,    210 SYLVAN AVE,
               ENGLEWD CLFS, NJ 07632-2524
10979051      +Palisades Collection LLC,    Assignee of Advanta re: 05 M1 133821,    210 Sylvan Ave,
               Englewood Cliffs, NJ 07632-2524
10979072      +Phillips and Cohen Assoc,    Acct# 3449985,    695 Rancocas Rd,   Westampton, NJ 08060-5626
11013887      +Saint Joseph Hosp-Patient Accts,    re 10/1/87 Judgement 87M1 112948,    2900 N Lake Shore Drive,
               Chicago, IL 60657-5640
10979034      +Saint Joseph Hosp-Patient Accts,    re 10/1/87 Judgment 87 M1 112948,
               2900 North Lake Shore Drive,    Chicago, IL 60657-5640
10979037       Select Edition K-A16-F5,    Acct# 4311960270038814,    One NCC Pkwy,   Kalamazoo, MI 49009-8003
11013893      +State of IL Dept of Unemp Security,    Banking Unit,   P O BOX 6996,    Chicago, IL 60680-6996
10979043      +Steeple Hill Condo Assn,    re acct 5-9207,   580 Mesa Dr,    Hoffman Estates, IL 60169-5408
11174169      +Steeple Hill Condominium Association,    c/o Kovitz Shifrin Nesbit,    750 Lake Cook Rd.,
               Suite 350,   Buffalo Grove, IL 60089-2088
10979077      +Tate & Kirlin Assoc,    Acct# 4311960270038814,    2810 Southampton Rd,
               Philadelphia, PA 19154-1207
10979058      +Terrence G. Foley Pro Se - Debtor,    555 Hill Dr #207,    Hoffman Estates, IL 60169-1571
10979014       Universal Card Svc Corp,    Acct# 5398420006886773,    P.O. Box 44167,
               Jacksonville, FL 32231-4167
11013886      +Universal Card Svc Corp,    P O BOX 44157,   Jacksonville, FL 32231-4157
10979015      +Universal Card Svc Corp,    Acct# 5398420006886773,    Bankruptcy Department,    P O Box 769,
               Arlington, TX 76004-0769
11091170      +VATIV As Agents For Palisades Collections, LLC,    PO Box 19249,    Sugar Land, TX 77496-9249
10979030     ++WACHOVIA BANK NA,    PO BOX 13765,    ROANOKE VA 24037-3765
              (address filed with court: First Union,    NewAcct# 5228231020122509,    OldAcct# 5228070900034974,
               P.O. Box 2357,    Brunswick, GA 31521-2357)
10979033       Wachovia Bank NA/ First Union,    NewAcct# 5228231020122509,    OldAcct# 5228070900034974,
               P.O. Box 563966,    Charlotte, NC 28256-3966
10979031      +Wachovia Bank NA/First Union,    Correspondence Team NC8502 NewAcct# 5228,
               231020122509 OldAcct# 5228070900034974,    P.O. Box 563966,   Charlotte, NC 28256-3966
10979032       Wachovia/First Union,    NewAcct# 5228231020122509,    OldAcct# 5228070900034974,
               1525 West W.T. Harris Blvd.,    Charlotte, NC 28288-0376
10979042       Washington Mutual Cd Proc Srvc,    First Select Acct# 4168100021142516,    P.O. Box 660487,
               Dallas, TX 75266-0487
10979071       Wolpoff & Abramson, LLP,    File# 112085424,    Two Irvington Centre,   702 King Farm Blvd,
               Rockville, MD 20850-5775
10979064       Wolpoff & Abramson, LLP,    File# 129212541,    Two Irvington Centre,   702 King Farm Blvd,
               Rockville, MD 20850-5775
The following entities were noticed by electronic transmission on Nov 25, 2009.
10979053      +E-mail/PDF: NDICRISTOFANO@ARTHURADLER.COM Nov 26 2009 05:34:23      Arthur B Adler & Assoc,
               re: 02 M1 117593,    25 E Washington #500,   Chicago, IL 60602-1703
10979025       E-mail/PDF: mrdiscen@discoverfinancial.com Nov 26 2009 05:48:03
               Discover Card Customer Service,    Acct# 6011007310170740,    P.O. Box 8003,   Hilliard, OH 43026
10979024       E-mail/PDF: mrdiscen@discoverfinancial.com Nov 26 2009 05:48:03
               Discover Card Customer Service,    Discover Financial Services,    Acct# 6011007310170740,
               P.O. Box 30943,    Salt Lake City, UT 84130-0943
10979089       E-mail/PDF: mrdiscen@discoverfinancial.com Nov 26 2009 05:48:03
               Discover Card Customer Service,    Discover Financial Services,    Acct# 6011007310170740,
               PO BOX 15316,    WILMINGTON, DE 19850-5316
11091860      +E-mail/PDF: mrdiscen@discoverfinancial.com Nov 26 2009 05:48:03
               Discover Bank/Discover Financial Services,    PO Box 3025,    New Albany OH 43054-3025
10979061       E-mail/Text: ebn@phinsolutions.com                        Plaza Assoc,    Acct# 0010390082,
               P.O. Box 18008,    Hauppauge, NY 11788-8808
10979062       E-mail/Text: ebn@phinsolutions.com                        Plaza Assoc,    Acct# 10390081,
               P.O. Box 18008,    Hauppauge, NY 11788-8808
11044382      +E-mail/PDF: rmscedi@recoverycorp.com Nov 26 2009 05:33:38
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
11091585      +E-mail/PDF: rmscedi@recoverycorp.com Nov 26 2009 05:33:38
               Recovery Management Systems Corporation,    For Great Seneca Financial Corporation,
               As Assignee of NATIONAL CITY,    25 SE 2nd Avenue, Suite 1120,    Miami FL 33131-1605
10979073      +E-mail/Text: resurgentbknotifications@resurgent.com
               Sherman Acquisition LP,    Acct# 4311960270038814,    PO Box 10497,
               Greenville South Carolina 29603-0497
10979074      +E-mail/Text: resurgentbknotifications@resurgent.com
               Sherman Acquisition LP,    Acct# 4246171015748812,    PO Box 10497,
               Greenville South Carolina 29603-0497
                                                                                              TOTAL: 11
```

```
District/off: 0752-1           User: ahamilton              Page 3 of 3                  Date Rcvd: Nov 25, 2009
Case: 06-13718                 Form ID: pdf006              Total Noticed: 102

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10979086*    +Credigy Services Corp,    Acct# 4168100021142516,    3950 Johns Creek Ct Ste 100,
               Suwanee, GA 30024-1296
                                                                                             TOTALS: 0, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 27, 2009**                  **Signature:**     _Joseph Speetjens_