# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FOLEY, TERRENCE GYLES | § | Case No. 06-13718 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

RONALD R. PETERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $_____ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $_____ (see **Exhibit 2**), yielded net receipts of $_____ from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on               .  The case was pending for     months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/RONALD R. PETERSON _____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Terrence Foley |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | LASALLE |  |  |  |  |  |
|  | LASALLE NATIONAL BANK |  |  |  |  |  |
|  | PALISADES COLLECTIONS, LLC |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PALISALES COLLECTION LLC | | | | | |
| | PALISALES COLLECTION LLC | | | | | |
| | STEEPLE HILL CONDO ASSN | | | | | |
| | STEEPLE HILL CONDO ASSN | | | | | |
| 000007 | STEEPLE HILL CONDOMINIUM ASSOCIATIO | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RONALD R. PETERSON TRUSTEE | | | | | |
| RONALD R. PETERSON TRUSTEE | | | | | |
| CENTURY 21 MARINO | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FIRST AMERICAN TITLE | | | | | |
| COUNTY OF COOK | | | | | |
| COUNTY OF COOK | | | | | |
| STATE OF ILIINOIS | | | | | |
| VILLIAGE OF HOFFMAN ESTATES | | | | | |
| JENNER & BLOCK LLP | | | | | |
| JENNER & BLOCK LLP | | | | | |
| MARINO CENTURY 21 | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | CREDIGLY RECEIVABLES INC | | | | | |
| 000005 | CREDIGLY RECEIVABLES INC | | | | | |
| 000010 | CREDIGY SERVICES CORP. | | | | | |
| 000009 | CREDIGY SERVICES CORP. | | | | | |
| 000004 | DISCOVER BANK/DISCOVER FINANCIAL SE | | | | | |
| 000008 | MIDLAND CREDIT MANAGEMENT, INC. | | | | | |
| 000001 | MORGAN LEE RECEIVABLES INC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | RECOVERY MANAGEMENT SYSTEMS CORPORA | | | | | |
| 000002 | VATIV AS AGENTS FOR PALISADES COLLE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 06-13718 | BWB | Judge: BRUCE W. BLACK |
| Case Name: | FOLEY, TERRENCE GYLES | | |

For Period Ending: 12/20/10

| Trustee Name: | RONALD R. PETERSON |
| Date Filed (f) or Converted (c): | 10/25/06 (f) |
| 341(a) Meeting Date: | 11/21/06 |
| Claims Bar Date: | 04/02/07 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. | Condo at 555 Hill Dr. # 207, Hoffman Estates, IL | 135,000.00 | Unknown | | 112,000.00 | FA |
| 2. | Cash | 132.00 | Unknown | | 0.00 | FA |
| 3. | iRA account with Schwab | 164.00 | Unknown | | 0.00 | FA |
| 4. | Checking account with Schwab, Cafcu | 496.00 | Unknown | | 0.00 | FA |
| 5. | Account with Phidelphia Park Race Track | 529.00 | Unknown | | 0.00 | FA |
| 6. | PPD Toll account | 22.65 | Unknown | | 0.00 | FA |
| 7. | Transponder deposit | 20.00 | Unknown | | 0.00 | FA |
| 8. | Personal Property (item 4) | 150.00 | Unknown | | 0.00 | FA |
| 9. | Personal proiperty (item 5) | 36.13 | Unknown | | 0.00 | Unknown |
| 10. | Costume jewelry | 0.00 | Unknown | | 0.00 | FA |
| 11. | Personal property (item 8) | 1,855.26 | Unknown | | 0.00 | FA |
| 12. | Chas Schwab IRA account | 164.45 | Unknown | | 0.00 | FA |
| 13. | pErsonal property (item 13) | 3.05 | Unknown | | 0.00 | FA |
| 14. | Personal property (item 23) | 0.00 | Unknown | | 0.00 | FA |
| 15. | 1994 Nissan pick up | 0.00 | Unknown | | 0.00 | FA |
| 16. | Personal property (item 4) | 0.00 | Unknown | | 0.00 | FA |
| 17. | Personal property (item 29) | 50.00 | Unknown | | 0.00 | FA |
| INT. | Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 43.94 | FA |

| | | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | | $138,622.54 | $0.00 | | $112,043.94 | $0.00 |
| | | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    2

Exhibit 8

Case No:        06-13718        BWB    Judge: BRUCE W. BLACK

Case Name:      FOLEY, TERRENCE GYLES

Trustee Name:                       RONALD R. PETERSON

Date Filed (f) or Converted (c):    10/25/06 (f)

341(a) Meeting Date:                11/21/06

Claims Bar Date:                    04/02/07

November 26, 2010, 11:43 am Need a report of final distribution

Trustee's Amended Final Report filed 11/24/09.  Final hearing was held on 1/7/10.

Initial Projected Date of Final Report (TFR):  / /          Current Projected Date of Final Report (TFR):  / /

Page:   1

**Exhibit 9**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 06-13718 -BWB | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|
| Case Name: | FOLEY, TERRENCE GYLES | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6777 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9928 | | |
| For Period Ending: | 12/20/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/20/07 | | First Amearican Title | | | 24,104.05 | | 24,104.05 |
| | 1 | | Memo Amount:        112,000.00 | 1110-000 | | | |
| | | | Sales Proceeds from Sale of Condo | | | | |
| | | LASALLE NATIONAL BANK | Memo Amount:      (      54,696.59 ) | 4110-000 | | | |
| | | | Mortgage Payoff | | | | |
| | | STEEPLE HILL CONDO ASSN | Memo Amount:      (       5,736.15 ) | 4120-000 | | | |
| | | | Condo Assessments | | | | |
| | | PALISALES COLLECTION LLC | Memo Amount:      (      17,287.78 ) | 4120-000 | | | |
| | | | Judgment Lien | | | | |
| | | CENTURY 21 MARINO | Memo Amount:      (         650.00 ) | 2500-000 | | | |
| | | | Repair Costs | | | | |
| | | VILLIAGE OF HOFFMAN ESTATES | Memo Amount:      (         336.00 ) | 2820-000 | | | |
| | | | Real Estate Stamp Taxes | | | | |
| | | MARINO CENTURY 21 | Memo Amount:      (       6,720.00 ) | 3510-000 | | | |
| | | | Broker's Commission | | | | |
| | | STATE OF ILIINOIS | Memo Amount:      (         112.00 ) | 2820-000 | | | |
| | | | State of Illinois Stamp Tax | | | | |
| | | COUNTY OF COOK | Memo Amount:      (          56.00 ) | 2820-000 | | | |
| | | | Cook County Stamp tax | | | | |
| | | FIRST AMERICAN TITLE | Memo Amount:      (         890.00 ) | 2500-000 | | | |
| | | | Title Insurance Charges | | | | |
| | | COUNTY OF COOK | Memo Amount:      (       1,411.43 ) | 2820-000 | | | |
| | | | Real Estate Taxes | | | | |
| 09/20/07 | | Bizon Properties LLC 1014 North Evergereen Arlington Heights, Illinois 60004 | | | | -1,213.39 | 25,317.44 |
| | | LASALLE | Memo Amount:        414.65 | 4110-000 | | | |
| | | | Mortgage Payoff | | | | |

|  | Page Subtotals | 24,104.05 | -1,213.39 |
|---|---|---|---|

Ver: 16.01a

FORM 2                                                                 Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                      Exhibit 9

| | |
|---|---|
| Case No: | 06-13718 -BWB |
| Case Name: | FOLEY, TERRENCE GYLES |
| | |
| Taxpayer ID No: | *******9928 |
| For Period Ending: | 12/20/10 |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6777 Money Market Account (Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | STEEPLE HILL CONDO ASSN | Memo Amount:        682.63 | 4120-000 | | | |
| | | | Assessment Payoff | | | | |
| | | PALISALES COLLECTION LLC | Memo Amount:        116.11 | 4120-000 | | | |
| | | | Judgement Lien Payoff | | | | |
| 09/26/07 | | Transfer to Acct #*******6780 | Bank Funds Transfer | 9999-000 | | 15,000.00 | 10,317.44 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 1.57 | | 10,319.01 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 6.58 | | 10,325.59 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.650 | 1270-000 | 5.52 | | 10,331.11 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.500 | 1270-000 | 4.94 | | 10,336.05 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.400 | 1270-000 | 4.10 | | 10,340.15 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.300 | 1270-000 | 2.46 | | 10,342.61 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 2.44 | | 10,345.05 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 2.12 | | 10,347.17 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 1.31 | | 10,348.48 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 1.27 | | 10,349.75 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 1.31 | | 10,351.06 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 1.31 | | 10,352.37 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 1.28 | | 10,353.65 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 1.00 | | 10,354.65 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.84 | | 10,355.49 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.53 | | 10,356.02 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 10,356.11 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 10,356.19 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.09 | | 10,356.28 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.23 | | 10,356.51 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.26 | | 10,356.77 |
| 06/29/09 | 1 | Palisades Collections, LLC | | 4120-000 | | -17,287.78 | 27,644.55 |
| | | 210 Sylan Ave | | | | | |
| | | Englewood Cliffs, NJ. 07632 | | | | | |

|  | Page Subtotals | 39.33 | -2,287.78 | |
|---|---|---|---|---|

Ver: 16.01a

FORM 2                                                                      Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 06-13718  -BWB |
| Case Name: | FOLEY, TERRENCE GYLES |
| | |
| Taxpayer ID No: | *******9928 |
| For Period Ending: | 12/20/10 |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6777  Money Market Account (Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.26 | | 27,644.81 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.67 | | 27,645.48 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.70 | | 27,646.18 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.68 | | 27,646.86 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.70 | | 27,647.56 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.68 | | 27,648.24 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.70 | | 27,648.94 |
| 01/11/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.22 | | 27,649.16 |
| 01/11/10 | | Transfer to Acct #*******6780 | Final Posting Transfer | 9999-000 | | 27,649.16 | 0.00 |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 113,213.39 | COLUMN TOTALS | 24,147.99 | 24,147.99 | 0.00 |
| Memo Allocation Disbursements: | 87,895.95 | Less: Bank Transfers/CD's | 0.00 | 42,649.16 | |
| | | Subtotal | 24,147.99 | -18,501.17 | |
| Memo Allocation Net: | 25,317.44 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 24,147.99 | -18,501.17 | |

| | | |
|---|---|---|
| Page Subtotals | 4.61 | 27,649.16 |

Ver: 16.01a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

Page:   4

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 06-13718 -BWB |
| Case Name: | FOLEY, TERRENCE GYLES |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6780  BofA - Checking Account |

| | |
|---|---|
| Taxpayer ID No: | *******9928 |
| For Period Ending: | 12/20/10 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/26/07 | | Transfer from Acct #*******6777 | Bank Funds Transfer | 9999-000 | 15,000.00 | | 15,000.00 |
| 09/26/07 | 003001 | Terrence Foley | Homestead Exemption | 8100-002 | | 15,000.00 | 0.00 |
| 01/11/10 | | Transfer from Acct #*******6777 | Transfer In From MMA Account | 9999-000 | 27,649.16 | | 27,649.16 |
| 01/12/10 | 003002 | Ronald R. Peterson Trustee Jenner & Block LLP 353 North Clark Street Chicago, Ill 60654 | Final Trustee Fees | | | 4,965.26 | 22,683.90 |
| | | | Fees           4,893.58 | 2100-000 | | | |
| | | | Expenses          71.68 | 2200-000 | | | |
| 01/12/10 | 003003 | Morgan Lee Receivables Inc Eric Benveniste re: 05 M1 189577 P.O. Box 5265 Skokie IL 60076 | | 7100-000 | | 659.34 | 22,024.56 |
| * 01/12/10 | 003004 | VATIV As Agents For Palisades Collections, LLC PO Box 19249 Sugar Land, TX 77496 | | 7100-003 | | 1,130.25 | 20,894.31 |
| 01/12/10 | 003005 | Recovery Management Systems Corporation For Great Seneca Financial Corporation As Assignee of NATIONAL CITY 25 SE 2nd Avenue, Suite 1120 Miami FL 33131 | | 7100-000 | | 775.63 | 20,118.68 |
| 01/12/10 | 003006 | Discover Bank/Discover Financial Services PO Box 3025 New Albany OH 43054 | (4-1) 007310170740 | 7100-000 | | 859.46 | 19,259.22 |
| 01/12/10 | 003007 | Credigly Receivables Inc P O BOX 2689 Suwannee, GA 30024 | | 7100-000 | | 1,039.43 | 18,219.79 |

| | | | Page Subtotals | | 42,649.16 | 24,429.37 | |

Ver: 16.01a

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

FORM 2

Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 06-13718 -BWB |
| Case Name: | FOLEY, TERRENCE GYLES |
| | |
| Taxpayer ID No: | *******9928 |
| For Period Ending: | 12/20/10 |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6780  BofA - Checking Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/12/10 | 003008 | Credigly Receivables Inc<br>P O BOX 2689<br>Suwannee, GA 30024 | | 7100-000 | | 2,160.02 | 16,059.77 |
| 01/12/10 | 003009 | Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123 | | 7100-000 | | 1,084.38 | 14,975.39 |
| 01/12/10 | 003010 | JENNER & BLOCK LLP<br>330 North Wabash Avenue<br>Chicago, IL  60611 | | 3110-000 | | 14,975.39 | 0.00 |
| * 04/20/10 | 003004 | VATIV As Agents For Palisades<br>Collections, LLC<br>PO Box 19249<br>Sugar Land, TX 77496 | VOID | 7100-003 | | -1,130.25 | 1,130.25 |
| 04/20/10 | 003011 | BANKRUPTCY COURT CLERK<br>219 SOUTH DEARBORN ST.<br>CHICAGO, IL 60604 | | 7100-001 | | 1,130.25 | 0.00 |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 42,649.16 | 42,649.16 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 42,649.16 | 0.00 | |
| Memo Allocation Net: | 0.00 | Subtotal | 0.00 | 42,649.16 | |
| | | Less: Payments to Debtors | | 15,000.00 | |
| | | Net | 0.00 | 27,649.16 | |

| | | | | | |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 113,213.39 | | | NET | ACCOUNT |
| Total Allocation Disbursements: | 87,895.95 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | | Money Market Account (Interest Earn - *******6777 | 24,147.99 | -18,501.17 | 0.00 |
| Total Memo Allocation Net: | 25,317.44 | BofA - Checking Account - *******6780 | 0.00 | 27,649.16 | 0.00 |
| | | | ---------------------- | ---------------------- | ---------------------- |
| | | | 24,147.99 | 9,147.99 | 0.00 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account | (Excludes Payments | Total Funds |

Page Subtotals          0.00          18,219.79

LFORM24

Ver: 16.01a

FORM 2       Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | | |
|---|---|---|---|
| Case No: | 06-13718 -BWB | Trustee Name: | RONALD R. PETERSON |
| Case Name: | FOLEY, TERRENCE GYLES | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6780 BofA - Checking Account |
| Taxpayer ID No: | *******9928 | | |
| For Period Ending: | 12/20/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Money Market Account (Interest Earn - *******6777     Transfers)     To Debtors)     On Hand

BofA - Checking Account - *******6780

Page Subtotals      0.00      0.00

Ver: 16.01a